UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHARLES CURTIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALCOA INC., Individually and as Fiduciary of the Employees' Group Benefits Plan of Alcoa Inc., Plan II,<br><br>Defendant. | Civ. No. 3:06-cv-448<br>Judge Phillips<br><br>Hearing Requested |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 56, E.D.TN. LR 7.1, Paragraph 6(b) of this Court's Revised Scheduling Order dated December 10, 2007, the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*, and the National Labor Management Relations Act of 1974, 29 U.S.C. § 141, *et seq.*, hereby respectfully move for the entry of partial summary judgment as to liability in this matter as Plaintiffs' benefits are vested and cannot be reduced and the Plaintiffs are entitled to damages from the Defendant.

In further support hereof, Plaintiffs respectfully contemporaneously file their brief in support, the undisputed statement of material facts, the declaration of counsel and accompanying exhibits under seal.

In accordance with E.D.TN. LR 7.2, the undersigned respectfully request the calendaring of a hearing and oral argument.

Wherefore, Plaintiffs respectfully request that their Motion for Partial Summary Judgment be granted.

Respectfully submitted this the 20th day of May, 2008 by:

> s/Gregory F. Coleman
> Gregory F. Coleman, Esq.
> 6204 Baum Drive
> Knoxville, Tennessee 37919
> BPR No. 014092
> (865) 525-0505 (phone)
> (865) 525-6001 (fax)
> gcoleman@colemanedwardspc.com
>
> s/Robert S. Catapano-Friedman
> Robert S. Catapano-Friedman, Esq.
> Robert S. Catapano-Friedman, PC
> 744 Broadway
> Albany, New York 12207
> (518) 463-7501 (phone)
> (518) 463-7501 (fax)
> catapan@inbox.com
> *Admitted pro hac vice*
>
> s/Sarah Catapano-Friedman
> Sarah Catapano-Friedman, Esq.
> The Catapano-Friedman Law Firm
> 50 Franklin Street, 4th Floor
> Boston, MA 02110
> (617) 542-7711
> scf@cflawfirm.com
> *Admitted pro hac vice*
>
>
> s/ Andrew J. Schwaba
> Andrew J. Schwaba, Esq.
> Attorney for Plaintiffs,
> Wallace and Graham, P.A.
> 525 North Main Street
> Salisbury, NC 28144
> (800) 849-5291 (phone)
> (704) 633-9424 (fax)
> aschwaba@wallacegraham.com
> *Admitted Pro hac vice*
>
> Attorney for Plaintiffs

CERTIFICATE OF SERVICE

    I hereby certify on this 20th day of May, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF filing system, which will electronically service on the same date the attorneys for Defendant as indicated on the electronic filing receipt.

s/Andrew J. Schwaba<br>
Andrew J. Schwaba