UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 3:06cv448 |
| ) | |
| ALCOA INC., Individually and as ) | |
| Fiduciary of the Employees' Group ) | |
| Benefits Plan of Alcoa Inc., Plan II, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ALCOA INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Alcoa Inc., by counsel, respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Paragraph 6(b) of this Court's December 10, 2007 Order for entry of summary judgment on all causes of action pleaded in Plaintiffs' Fifth Amended Complaint, and granting such other and further relief as the Court deems just and proper. In support of its Motion, Defendant relies on its Memorandum of Law in Support of Its Motion for Summary Judgment, its Statement of Undisputed Material Facts, the Declaration of

Benjamin Gruenstein, the accompanying exhibits to the Declaration of Benjamin Gruenstein and all prior pleadings and proceedings herein.

May 20, 2008                                  Respectfully Submitted,

                                              **ALCOA INC.**

                                              By:   *s/Evan R. Chesler*
                                                        Counsel

John A. Lucas (Tenn. Bar No. 011198)
MERCHANT & GOULD, P.C.
Suite 203
110 McGhee Tyson Boulevard
Alcoa, Tennessee 37701
865.380.5978 (telephone)
865.380.5999 (facsimile)
jlucas@merchantgould.com

*James P. Naughton (Va. Bar No. 25923)
HUNTON & WILLIAMS LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510
757.640.5300 (telephone)
757.625.7720 (facsimile)
jnaughton@hunton.com

*Evan R. Chesler (N.Y. Bar No. 1475722)
*Daniel Slifkin (N.Y. Bar No. 2439768)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212.474.1000 (telephone)
212.474.3700 (facsimile)
echesler@cravath.com / dslifkin@cravath.com

 (*Admitted pro hac vice)
Counsel for Defendant Alcoa Inc.

To:

Gregory F. Coleman
Coleman & Edwards
4800 Old Kingston Pike, Suite 120
865.257.0080 (telephone)
865.247.0081 (facsimile)
gcoleman@colemanedwardspc.com

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **CHARLES CURTIS et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No: 3:06cv448 |
| ) | |
| **ALCOA INC., Individually and as** ) | |
| **Fiduciary of the Employees' Group** ) | |
| **Benefits Plan of Alcoa Inc., Plan II,** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT ALCOA INC.'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the Motion of Defendant Alcoa Inc. for Summary Judgment, and the Court, having reviewed the papers filed in support of this motion, and for good cause shown;

IT IS, on this __ day of May, 2008,

ORDERED that Defendant's Motion for Summary Judgment is granted.

_____
Thomas W. Phillips
United States District Judge

2
## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parties may access this filing through the Court's electronic filing system.

    *s/Evan R. Chesler*
     Counsel