UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 3:06cv448 |
| ) | |
| ALCOA INC., Individually and as ) | |
| Fiduciary of the Employees' Group ) | |
| Benefits Plan of Alcoa Inc., Plan II, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING
DEFENDANT ALCOA INC.'S MOTION TO FILE UNDER SEAL

This matter having come before the Court on the Motion of Defendant Alcoa Inc. to File Under Seal its Memorandum of Law in Support of its Motion for Summary Judgment, Statement of Undisputed Material Facts, Declaration of Benjamin Gruenstein and accompanying exhibits to the Declaration of Benjamin Gruenstein, and the Court, having reviewed the papers filed in support of this motion, and for good cause shown;

IT IS, on this 21st day of May, 2008,

ORDERED that Defendant Alcoa be granted leave to file the above-referenced documents under seal.

*Thomas W. Phillips*
Thomas W. Phillips
United States District Judge