# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **CHARLES CURTIS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ALCOA INC., Individually and as Fiduciary of the Employees' Group Benefits Plan of Alcoa Inc., Plan II,** <br><br> Defendant. | Civ. No. 3:06-cv-448 <br> Judge Phillips <br><br> Hearing Requested |

### PLAINTIFFS' THIRD SUPPLEMENTAL RULE 26(a)(3)(B) PRE-TRIAL DISCLOSURES AS TO THOSE WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY MEANS OF A DEPOSITION

The Plaintiffs, by and through counsel, submit the following Designation of Deposition Testimony which it may present at trial other than solely for impeachment:

Stephen Barse

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 5 | 5 | 5 | 6 |
| 20 | 16 | 20 | 16 |
| 21 | 3 | 45 | 24 |
| 47 | 8 | 63 | 20 |
| 65 | 6 | 66 | 3 |
| 77 | 5 | 84 | 24 |
| 88 | 4 | 90 | 9 |

Ron Bloom

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 7 | 1 | 17 | 4 |
| 19 | 5 | 19 | 23 |
| 31 | 2 | 35 | 4 |
| 41 | 1 | 42 | 15 |
| 70 | 24 | 75 | 1 |

1

### Ron Bloom (Cont.)

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 93 | 25 | 94 | 24 |
| 105 | 20 | 107 | 4 |

### Paul Boutin

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 10 | 18 | 14 | 14 |
| 40 | 6 | 49 | 11 |
| 49 | 12 | 65 | 21 |
| 65 | 21 | 69 | 2 |
| 73 | 24 | 78 | 7 |
| 87 | 13 | 89 | 12 |
| 89 | 21 | 90 | 16 |
| 101 | 19 | 102 | 10 |
| 103 | 2 | 103 | 23 |
| 108 | 5 | 111 | 6 |
| 120 | 9 | 122 | 9 |
| 124 | 11 | 125 | 2 |

### Ron Hoffman

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 5 | 1 | 12 | 25 |
| 16 | 22 | 40 | 9 |
| 44 | 19 | 47 | 8 |
| 50 | 8 | 54 | 21 |
| 56 | 21 | 78 | 25 |
| 79 | 16 | 146 | 12 |
| 154 | 18 | 154 | 22 |
| 157 | 18 | 159 | 21 |

### Scott Kovaloski

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 24 | 3 |
| 29 | 7 | 38 | 22 |
| 43 | 23 | 60 | 2 |
| 89 | 5 | 100 | 1 |
| 121 | 21 | 131 | 6 |

Scott Kovaloski (cont.)

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 148 | 8 | 151 | 15 |
| 156 | 15 | 160 | 16 |
| 164 | 10 | 190 | 4 |

Ernest LaBaff

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 1 | 1 | 47 | 23 |
| 55 | 24 | 56 | 20 |
| 64 | 4 | 66 | 15 |
| 69 | 4 | 101 | 6 |
| 105 | 14 | 134 | 24 |
| 138 | 2 | 140 | 21 |
| 173 | 22 | 175 | 20 |
| 176 | 17 | 176 | 19 |
| 182 | 10 | 182 | 21 |
| 189 | 5 | 190 | 9 |
| 191 | 3 | 191 | 15 |
| 192 | 1 | 194 | 22 |
| 195 | 6 | 198 | 23 |
| 199 | 5 | 200 | 17 |
| 201 | 1 | 205 | 23 |
| 209 | 11 | 210 | 25 |

Mary Ellen Lammel

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 4 | 1 | 6 | 14 |
| 6 | 15 | 6 | 17 |
| 6 | 20 | 6 | 25 |
| 7 | 1 | 7 | 25 |
| 12 | 5 | 12 | 25 |
| 13 | 1 | 13 | 25 |
| 14 | 1 | 14 | 10 |
| 14 | 23 | 14 | 25 |
| 15 | 1 | 15 | 25 |
| 16 | 1 | 16 | 4 |
| 16 | 12 | 16 | 25 |
| 17 | 1 | 17 | 2 |
| 18 | 20 | 18 | 25 |

<u>Mary Ellen Lammel (cont.)</u>

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 19 | 1 | 19 | 25 |
| 20 | 1 | 20 | 15 |
| 21 | 13 | 21 | 25 |
| 22 | 1 | 22 | 12 |
| 24 | 23 | 24 | 25 |
| 25 | 1 | 25 | 3 |
| 25 | 23 | 25 | 25 |
| 26 | 1 | 26 | 7 |
| 26 | 11 | 26 | 19 |
| 32 | 5 | 40 | 25 |
| 46 | 10 | 46 | 17 |
| 47 | 17 | 47 | 25 |
| 48 | 1 | 48 | 19 |
| 50 | 24 | 50 | 25 |
| 51 | 1 | 51 | 25 |
| 52 | 1 | 52 | 12 |
| 52 | 17 | 52 | 25 |
| 53 | 1 | 53 | 19 |
| 53 | 25 | 54 | 1 |
| 54 | 7 | 54 | 25 |
| 55 | 1 | 55 | 2 |
| 55 | 8 | 55 | 25 |
| 56 | 5 | 56 | 25 |
| 57 | 4 | 57 | 7 |
| 57 | 12 | 57 | 25 |
| 58 | 1 | 92 | 21 |
| 98 | 17 | 106 | 13 |
| 111 | 2 | 119 | 11 |
| 120 | 19 | 135 | 21 |
| 136 | 9 | 142 | 16 |

<u>Duane Lee</u>

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 7 | 5 |
| 27 | 17 | 49 | 11 |

### Gary MacDonald

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 13 | 7 |
| 18 | 24 | 25 | 7 |
| 37 | 15 | 39 | 18 |
| 57 | 18 | 67 | 23 |
| 74 | 7 | 106 | 1 |
| 135 | 25 | 137 | 12 |
| 138 | 17 | 150 | 12 |

### Harvey Martin

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 4 | 2 | 18 | 15 |
| 25 | 19 | 26 | 25 |
| 50 | 14 | 53 | 9 |
| 64 | 11 | 67 | 8 |
| 72 | 8 | 72 | 24 |
| 87 | 9 | 100 | 13 |
| 104 | 21 | 104 | 24 |

### Lauren McCullough

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 14 | 13 |
| 15 | 6 | 15 | 8 |
| 19 | 2 | 29 | 3 |
| 36 | 24 | 41 | 17 |
| 52 | 7 | 61 | 13 |
| 66 | 2 | 70 | 15 |
| 84 | 9 | 88 | 17 |
| 94 | 25 | 99 | 8 |
| 110 | 5 | 114 | 16 |
| 118 | 4 | 129 | 24 |
| 134 | 11 | 140 | 8 |
| 145 | 3 | 178 | 23 |

### James Michaud

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 3 | 1 | 38 | 6 |
| 39 | 14 | 70 | 10 |
| 71 | 14 | 97 | 14 |
| 98 | 17 | 182 | 17 |
| 198 | 13 | 201 | 21 |

### Tom Mordowanec

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 3 | 3 | 48 | 7 |
| 48 | 13 | 55 | 23 |
| 61 | 22 | 67 | 16 |
| 71 | 23 | 76 | 1 |
| 101 | 2 | 101 | 11 |
| 104 | 11 | 104 | 15 |
| 105 | 8 | 107 | 5 |

### Tom Mordowanec II  6/22/2009

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 4 | 2 | 4 | 4 |
| 5 | 3 | 6 | 11 |
| 6 | 18 | 8 | 1 |
| 9 | 17 | 9 | 22 |
| 9 | 24 | 12 | 25 |
| 14 | 1 | 14 | 10 |
| 14 | 17 | 25 | 5 |
| 25 | 12 | 29 | 24 |

### John Murphy

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 1 | 1 | 67 | 1 |
| 69 | 7 | 82 | 6 |
| 82 | 20 | 89 | 3 |
| 90 | 10 | 113 | 9 |
| 138 | 8 | 141 | 14 |
| 153 | 16 | 157 | 9 |
| 157 | 20 | 160 | 9 |
| 160 | 25 | 176 | 22 |

| 181 | 5 | 186 | 5 |

### Robert Newman

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 1 | 1 | 10 | 19 |
| 12 | 8 | 19 | 15 |
| 25 | 4 | 42 | 8 |
| 49 | 5 | 87 | 13 |
| 95 | 13 | 96 | 14 |

### Paul H. O'Neill

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 5 | 2 | 6 | 21 |
| 8 | 4 | 8 | 18 |
| 19 | 1 | 20 | 15 |
| 30 | 10 | 31 | 8 |
| 36 | 3 | 36 | 12 |
| 43 | 16 | 44 | 5 |
| 53 | 12 | 53 | 15 |
| 58 | 3 | 60 | 20 |
| 62 | 5 | 62 | 18 |
| 63 | 14 | 66 | 7 |
| 68 | 19 | 77 | 1 |
| 87 | 21 | 89 | 10 |
| 106 | 4 | 113 | 10 |
| 120 | 22 | 127 | 3 |
| 127 | 9 | 137 | 3 |
| 154 | 6 | 154 | 18 |
| 155 | 18 | 183 | 3 |
| 201 | 20 | 203 | 12 |

### Kevin Oxley

| From | | To | |
|---|---|---|---|
| Page | Line | Page | Line |
| 4 | 1 | 7 | 3 |
| 8 | 9 | 30 | 7 |
| 33 | 22 | 34 | 23 |
| 38 | 10 | 40 | 2 |
| 43 | 2 | 48 | 25 |
| 50 | 23 | 59 | 4 |
| 62 | 25 | 63 | 14 |

| | | | |
|---|---|---|---|
| 64 | 13 | 66 | 4 |
| 69 | 17 | 70 | 4 |

### Kevin Oxley (cont.)

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 70 | 16 | 70 | 25 |
| 74 | 23 | 76 | 22 |
| 79 | 9 | 79 | 15 |

### Russ Porter

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 5 | 14 |
| 7 | 4 | 8 | 5 |
| 33 | 17 | 36 | 20 |
| 36 | 25 | 39 | 13 |
| 96 | 13 | 96 | 21 |
| 108 | 20 | 110 | 4 |
| 112 | 23 | 114 | 10 |
| 115 | 25 | 121 | 10 |
| 123 | 3 | 131 | 22 |
| 132 | 5 | 134 | 24 |
| 136 | 3 | 153 | 3 |
| 156 | 20 | 157 | 14 |
| 157 | 22 | 158 | 13 |
| 159 | 15 | 160 | 5 |

### Joseph Quaglia

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 5 | 1 | 90 | 16 |
| 91 | 12 | 97 | 11 |
| 97 | 22 | 108 | 1 |
| 113 | 23 | 114 | 20 |
| 115 | 10 | 119 | 3 |
| 120 | 14 | 122 | 3 |
| 124 | 8 | 156 | 11 |

8
Case 3:06-cv-00448-PLR-CCS   Document 433   Filed 08/07/09   Page 8 of 13   PageID #: 8499

### James Robinson I  6/25/2007

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 9 | 1 |
| 9 | 11 | 20 | 21 |
| 32 | 9 | 33 | 16 |
| 45 | 14 | 45 | 16 |
| 76 | 23 | 77 | 14 |
| 85 | 21 | 85 | 23 |
| 86 | 15 | 86 | 20 |
| 88 | 2 | 88 | 20 |
| 89 | 17 | 89 | 25 |
| 102 | 6 | 103 | 7 |
| 119 | 13 | 124 | 8 |

### James Robinson II  7/25/2008

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 8 | 11 |
| 8 | 24 | 9 | 11 |
| 10 | 11 | 12 | 8 |
| 14 | 18 | 19 | 7 |
| 24 | 10 | 24 | 24 |
| 26 | 4 | 27 | 3 |
| 28 | 11 | 28 | 16 |
| 32 | 8 | 36 | 20 |
| 38 | 22 | 57 | 18 |
| 70 | 12 | 74 | 21 |
| 139 | 10 | 146 | 21 |

### Douglas Root

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 5 | 1 | 17 | 4 |
| 18 | 10 | 21 | 18 |
| 30 | 11 | 66 | 11 |
| 67 | 5 | 87 | 19 |
| 92 | 8 | 155 | 8 |

### Nicholas Storm

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 5 | 1 | 5 | 4 |
| 6 | 2 | 6 | 8 |
| 8 | 17 | 8 | 22 |
| 23 | 24 | 24 | 18 |
| 49 | 2 | 49 | 5 |

### Nicholas Storm II

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 5 | 9 |
| 10 | 25 | 11 | 20 |

### Charles Stephen Weidman

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 64 | 7 |
| 78 | 7 | 80 | 13 |

### William David Willett

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 5 | 1 | 8 | 11 |
| 10 | 1 | 25 | 12 |
| 28 | 3 | 66 | 20 |
| 67 | 15 | 72 | 4 |
| 72 | 15 | 88 | 3 |
| 92 | 1 | 98 | 18 |
| 99 | 24 | 101 | 14 |
| 115 | 2 | 120 | 2 |
| 172 | 5 | 180 | 7 |

### Eugene Woloshyn

| From | | To | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 3 | 1 | 6 | 3 |
| 7 | 11 | 9 | 9 |
| 15 | 1 | 19 | 21 |
| 22 | 6 | 25 | 21 |

| Page | Line | Page | Line |
|------|------|------|------|
| 27 | 17 | 31 | 2 |
| 37 | 7 | 37 | 20 |
| 40 | 6 | 41 | 18 |
| 44 | 4 | 44 | 14 |
| 45 | 8 | 46 | 3 |
| 47 | 2 | 47 | 13 |
| 55 | 15 | 56 | 17 |
| 62 | 9 | 62 | 20 |
| 65 | 8 | 66 | 9 |
| 69 | 19 | 70 | 1 |
| 73 | 22 | 75 | 20 |

<u>Eugene Woloshyn (Cont.)</u>

| From | | To | |
|------|------|------|------|
| **Page** | **Line** | **Page** | **Line** |
| 76 | 15 | 80 | 8 |
| 82 | 14 | 83 | 7 |
| 86 | 1 | 86 | 14 |
| 87 | 8 | 88 | 5 |
| 89 | 11 | 89 | 23 |
| 92 | 5 | 93 | 5 |
| 95 | 9 | 97 | 6 |
| 98 | 22 | 108 | 24 |
| 110 | 10 | 110 | 24 |
| 111 | 9 | 118 | 3 |
| 119 | 7 | 120 | 23 |
| 125 | 9 | 127 | 10 |
| 128 | 10 | 130 | 11 |
| 139 | 17 | 141 | 8 |
| 141 | 18 | 142 | 24 |
| 146 | 13 | 146 | 18 |

<u>Gerald Wolfe</u>

| From | | To | |
|------|------|------|------|
| **Page** | **Line** | **Page** | **Line** |
| 1 | 1 | 6 | 21 |
| 61 | 8 | 66 | 3 |
| 88 | 2 | 93 | 23 |

        s/Gregory F. Coleman
        Gregory F. Coleman, Esq., BPR No. 014092
        Attorney for Plaintiffs

4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
(865) 247-0080 (telephone)
gcoleman@colemanedwardspc.com

s/Andrew J. Schwaba
Andrew J. Schwaba, Esq.
Attorney for Plaintiffs
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28144
(800) 849-5291 (telephone)
aschwaba@wallacegraham.com
Admitted *Pro Hac Vice*

s/Mona Lisa Wallace
Mona Lisa Wallace, Esq.
Attorney for Plaintiffs
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28144
(800) 849-5291 (telephone)
mwallace@wallacegraham.com
Admitted *Pro Hac Vice*

s/Robert S. Catapano-Friedman
Robert S. Catapano-Friedman
Attorney for Plaintiff
744 Broadway
Albany, New York 12207
(518) 463-7501 (telephone)
catapan@inbox.com
Admitted *Pro Hac Vice*

s/Sarah Catapano-Friedman
Sarah Catapano-Friedman, Esq.
Attorney for Plaintiffs
The Catapano-Friedman Law Firm
50 Franklin Street, 4th Floor
Boston, MA 02110
(617) 542-7711 (telephone)
scf@cflawfirm.com
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                        s/Gregory F. Coleman
                                        Gregory F. Coleman, Esq., BPR No. 014092