UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES CURTIS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No: 3:06cv448 |
| | ) | |
| ALCOA INC., Individually and as | ) | |
| Fiduciary of the Employees' Group | ) | |
| Benefits Plan of Alcoa Inc., Plan II, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Defendant Alcoa Inc. ("Alcoa"), herewith files a letter to the Court with Alcoa's Objections to Plaintiffs' Deposition Designations attached thereto:

August 7, 2009                                      Respectfully Submitted,

                                                    ALCOA INC.

                                                    By: _____
                                                             Counsel

*Evan R. Chesler (N.Y. Bar No. 1475722)
*Daniel Slifkin (N.Y. Bar No. 2439768)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212.474.1000 (telephone)
212.474.3700 (facsimile)
echesler@cravath.com / dslifkin@cravath.com

John A. Lucas (Tenn. Bar No. 011198)
MERCHANT & GOULD, P.C.
110 McGhee Tyson Boulevard, Suite 203
Alcoa, Tennessee 37701
865.380.5978 (telephone)
865.380.5999 (facsimile)
jlucas@merchantgould.com

*James P. Naughton (Va. Bar No. 25923)
HUNTON & WILLIAMS LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510
757.640.5300 (telephone)
757.625.7720 (facsimile)
jnaughton@hunton.com

(*Admitted pro hac vice)

Counsel for Defendant Alcoa Inc.

To:
Gregory F. Coleman
Coleman & Edwards
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
865.257.0080 (telephone)
865.247.0081 (facsimile)
gcoleman@colemanedwardspc.com

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parties may access this filing through the Court's electronic filing system.

<u>s/ Daniel Slifkin</u>
Counsel