## Curtis et al. v. Alcoa

## Alcoa's Objections to Plaintiffs' Deposition Designations

## Witness:  Stephen Barse

| Page/Line | Objection |
|---|---|
| 29:4-29:16 | Hearsay |
| 29:20-30:15 | Hearsay |
| 32:2-32:7 | Hearsay |
| 33:17-34:12 | Hearsay; lack of foundation; legal conclusion |
| 35:13-37:15 | Hearsay; lack of foundation; legal conclusion |
| 37:16-38:6 | Hearsay |
| 38:12-38:21 | Lack of foundation |
| 38:22-41:14 | Hearsay; lack of foundation |
| 42:8-43:2 | Lack of foundation; best evidence rule |
| 43:9-44:9 | Hearsay; lack of foundation |
| 45:14-45:24 | Not relevant |
| 47:8-47:24 | Lack of foundation |
| 49:10-53:1 | Lack of foundation; legal conclusion |
| 54:22-56:19 | Lack of foundation; legal conclusion; hearsay |
| 61:19-62:4 (through "beginning") | Hearsay |
| 77:5-78:6 | Hearsay; lack of foundation; legal conclusion |
| 78:22-79:22 | Hearsay; lack of foundation; legal conclusion |
| 80:24-84:7 | Lack of foundation; legal conclusion |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Ron Bloom**

| Page/Line | Objection |
|---|---|
| 71:23-72:3 | Mischaracterizes prior testimony |
| 73:19-73:25 | Mischaracterizes prior testimony |
| 106:2-106:25 | Lack of foundation |

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Ronald Hoffman**

| Page/Line | Objection |
|---|---|
| 71:2-72:16 | Lack of foundation |
| 76:12-77:21 | Lack of foundation |
| 86:19-87:21 | Lack of foundation |
| 91:1-93:20 | Lack of foundation |
| 95:19-97:15 | Lack of foundation |
| 99:18-101:14 | Lack of foundation |
| 101:22-102:18 | Lack of foundation |
| 105:7-107:5 | Lack of foundation |
| 110:6-116:21 | Lack of foundation |
| 122:6-126:17 | Lack of foundation |
| 130:12-143:2 | Lack of foundation |

## Curtis et al. v. Alcoa

### Alcoa's Objections to Plaintiffs' Deposition Designations

### Witness:  Scott Kovaloski

| Page/Line | Objection |
|---|---|
| 95:12-100:1 | Legal conclusion |
| 157:18-160:16 | Lack of foundation |
| 170:11-188:11 | Legal conclusion |
| 189:5-190:4 | Legal conclusion |

4

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Ernest LaBaff**

| Page/Line | Objection |
|---|---|
| 16:11-18:17 | Hearsay |
| 19:5-21:25 | Hearsay |
| 34:25-41:11 | Hearsay; lack of foundation |
| 43:19-43:25 | Hearsay |
| 46:19-47:22 | Lack of foundation |
| 64:21-66:10 | Hearsay |
| 78:24-79:16 | Legal conclusion; lack of foundation |
| 99:14-99:21 | Not responsive; hearsay |
| 110:23-114:25 | Lack of foundation; hearsay |
| 115:2-119:20 | Lack of foundation |
| 119:21-120:14 | Hearsay |
| 121:2-129:20 | Lack of foundation; hearsay |
| 139:14-140:21 | Lack of foundation |
| 182:10-182:21 | Lack of foundation |
| 191:3-191:11 | Lack of foundation; hearsay |
| 199:5-199:16 | Mischaracterizes prior testimony |
| 200:1-200:17 | Legal conclusion |
| 201:1-201:22 | Legal conclusion |
| 203:9-203:18 | Leading |
| 209:14-209:20 | Legal conclusion; assumes fact not in evidence |

## Curtis et al. v. Alcoa

### Alcoa's Objections to Plaintiffs' Deposition Designations

### Witness:  Mary Ellen Lammel

| Page/Line | Objection |
|---|---|
| 26:14-26:19 | Lack of foundation |
| 34:23-38:17 | Lack of foundation |
| 39:1-39:14 | Not relevant |
| 40:6-40:25 | Lack of foundation; not relevant |
| 50:24-52:9 | Lack of foundation |
| 53:1-53:19 | Lack of foundation |
| 53:25-54:1 | Lack of foundation |
| 57:22-60:9 | Lack of foundation |
| 61:3-63:12 | Lack of foundation |
| 67:1-71:5 | Lack of foundation; eliciting testimony about inadmissible document (Dep. Ex. 401) |
| 71:6-74:1 | Lack of foundation; eliciting testimony about inadmissible document (Dep. Ex. 402) |
| 77:23-79:8 | Legal conclusion |
| 102:6-104:6 | Not relevant |
| 111:2-112:4 | Not relevant |
| 112:8-114:10 | Eliciting testimony about inadmissible document (Dep. Ex. 409) |
| 116:4-119:11 | Eliciting testimony about inadmissible document (Dep. Ex. 410) |
| 119:1-119:11 | Eliciting testimony about inadmissible document (Dep. Ex. 402) |
| 123:10-124:18 | Lack of foundation |
| 134:21-135:21 | Legal conclusion |

**<u>Curtis et al. v. Alcoa</u>**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  <u>Gary MacDonald</u>**

| Page/Line | Objection |
|---|---|
| 57:18-59:11 | Lack of foundation |
| 65:20-66:3 | Lack of foundation |
| 78:11-81:8 | Lack of foundation |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Harvey Martin**

| Page/Line | Objection |
|-----------|-----------|
| 87:21-88:2 | Leading |
| 95:20-96:5 | Lack of foundation |
| 97:1-97:6 | Leading |
| 97:11-98:11 | Leading |
| 99:16-100:13 | Eliciting testimony about inadmissible document (Dep. Ex. 539) |

# Curtis et al. v. Alcoa

## Alcoa's Objections to Plaintiffs' Deposition Designations

## Witness:  Lauren McCullough

| Page/Line | Objection |
|-----------|-----------|
| 60:5-61:13 | Lack of foundation |
| 96:13-97:11 | Counter-designation |
| 157:19-162:1 | Lack of foundation |
| 171:6-171:18 | Assumes fact not in evidence |

9

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  James Michaud**

| Page/Line | Objection |
|---|---|
| 45:14-47:2 | Mischaracterizes prior testimony (see p. 43:15-19) |
| 47:8-48:18 | Lack of foundation |
| 119:21-120:9 | Lack of foundation |
| 136:13-136:20 | Mischaracterizes document |
| 137:13-138:16 | Lack of foundation |
| 140:24-142:5 | Lack of foundation |
| 161:1-161:20 | Lack of foundation; eliciting testimony about inadmissible document (Dep. Ex. 197) |
| 178:10-178:15 | Mischaracterizes evidence |
| 198:13-201:21 | Lack of foundation |

**<u>Curtis et al. v. Alcoa</u>**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  <u>Tom Mordowanec (6/22/2007)</u>**

| Page/Line | Objection |
|---|---|
| 17:18-17:22 | Counter-designation |
| 38:5-38:18 | Hearsay |
| 40:15-40:23 | Hearsay |
| 53:7-54:4 | Lack of foundation |
| 64:6-65:14 | Hearsay |
| 72:16-73:6 | Lack of foundation |
| 100:4-101:1 | Counter-designation |

11

## Curtis et al. v. Alcoa

### Alcoa's Objections to Plaintiffs' Deposition Designations

### Witness:  Tom Mordowanec (5/26/2009)

| Page/Line | Objection |
|---|---|
| 10:19-11:10 | Mischaracterizes the record |
| 13:1-13:15 | Counter-designation |
| 14:11-14:16 | Counter-designation |
| 23:23-24:14 | Hearsay |
| 30:21-33:10 | Counter-designation |

12

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  John Murphy**

| Page/Line | Objection |
|---|---|
| 30:15-31:16 | Lack of foundation |
| 89:8-89:21 | Counter-designation |
| 162:9-162:15 | Leading |
| 163:25-165:18 | Leading |
| 165:24-172:24 | Leading |
| 174:7-174:17 | Lack of foundation; legal conclusion |
| 175:6-176:22 | Lack of foundation; legal conclusion |
| 181:23-182:11 | Asking witness to read inadmissible document (Dep. Ex. 197) |

## Curtis et al. v. Alcoa

### Alcoa's Objections to Plaintiffs' Deposition Designations

### Witness: Bob Newman

| Page/Line | Objection |
|-----------|-----------|
| 51:2-58:8 | Lack of foundation |

## Curtis et al. v. Alcoa

## Alcoa's Objections to Plaintiffs' Deposition Designations

## Witness:  Paul O'Neill

| Page/Line | Objection |
|---|---|
| 63:14-66:2 | Lack of foundation |
| 68:19-72:17 | Lack of foundation |
| 88:14-89:10 | Lack of foundation |
| 106:4-113:10 | Lack of foundation |
| 121:19-122:17 | Not relevant |
| 126:8-126:19 | Lack of foundation |
| 128:1-137:3 | Lack of foundation |
| 157:22-158:17 | Lack of foundation |
| 160:11-160:14 | Lack of foundation |
| 161:17-161:20 | Lack of foundation |
| 165:5-165:11 | Lack of foundation |
| 166:8-167:7 | Lack of foundation |
| 171:1-172:9 | Lack of foundation |
| 173:13-181:3 | Lack of foundation |
| 182:13-183:3 | Lack of foundation |

Case 3:06-cv-00448-PLR-CCS   Document 439-2   Filed 08/07/09   Page 15 of 26   PageID #: 8555

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness: Kevin S. Oxley**

| Page/Line | Objection |
|-----------|-----------|
| 38:10-40:2 | Hearsay |
| 45:12-46:19 | Lack of foundation |
| 50:23-53:24 | Counsel reading from inadmissible document (Dep. Ex. 401) |
| 53:25-56:10 | Counsel reading from inadmissible document (Dep. Ex. 402) |
| 69:11-69:16 | Counter-designation |
| 70:16-70:25 | Lack of foundation |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Russell W. Porter**

| Page/Line | Objection |
|---|---|
| 112:23-114:10 | Counsel reading from inadmissible document (Dep. Ex. 190) |
| 123:14-123:23 | Counsel referring to inadmissible document (Dep. Ex. 190) |
| 126:1-126:10 | Referring to inadmissible document (Dep. Ex. 190) |
| 131:15-131:22 | Lack of foundation |
| 149:20-150:20 | Lack of foundation; counsel referring to inadmissible document (Dep. Ex. 165) |
| 152:16-153:3 | Lack of foundation; counsel referring to inadmissible document (Dep. Ex. 165) |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness: Joseph Quaglia**

| Page/Line | Objection |
|---|---|
| 25:24-29:11 | Lack of foundation |
| 32:12-35:9 | Lack of foundation |
| 39:16-42:20 | Lack of foundation |
| 43:19-44:8 | Lack of foundation |
| 44:9-46:3 | Lack of foundation; mischaracterizes the record |
| 48:12-49:15 | Lack of foundation |
| 51:15-61:13 | Lack of foundation |
| 62:9-62:24 | Lack of foundation |
| 63:25-66:17 | Lack of foundation |
| 67:14-68:2 | Mischaracterizes the record |
| 68:3-69:5 | Lack of foundation; counsel reading from inadmissible document (Dep. Ex. 402) |
| 69:19-70:1 | Counsel reading from inadmissible document (Dep. Ex. 402) |
| 75:11-76:12 | Lack of foundation |
| 76:20-77:5 | Lack of foundation |
| 82:1-82:9 | Mischaracterizes record |
| 83:21-85:13 | Lack of foundation |
| 84:14-84:21 | Mischaracterizes record |
| 85:14-88:7 | Lack of foundation |
| 96:4-96:10 | Hearsay |
| 100:2-101:20 | Lack of foundation; counsel reading from inadmissible document (Dep. Ex. 197) |
| 102:25-103:21 | Legal conclusion |
| 107:15-108:1 | Lack of foundation |
| 113:23-114:13 | Lack of foundation |
| 114:14-114:20 | Legal conclusion |
| 115:10-119:3 | Lack of foundation |
| 120:14-122:3 | Not relevant |
| 131:14-131:19 | Lack of foundation |
| 132:18-132:25 | Mischaracterizes document; reading from inadmissible document (Dep. Ex. 410) |
| 134:14-135:1 | Mischaracterizes record |
| 135:7-135:18 | Assumes fact not in evidence |
| 135:19-136:24 | Lack of foundation |
| 136:25-139:7 | Lack of foundation |
| 140:4-140:16 | Lack of foundation |

| 148:6-148:17 | Mischaracterizes testimony |
|---|---|
| 155:24-156:11 | Lack of foundation |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Douglas Root**

| Page/Line | Objection |
|---|---|
| 16:2-17:4 | Lack of foundation |
| 19:4-21:18 | Lack of foundation |
| 30:11-40:15 | Lack of foundation |
| 41:21-43:6 | Lack of foundation |
| 45:3-46:6 | Lack of foundation |
| 47:6-48:18 | Lack of foundation |
| 49:1-53:19 | Lack of foundation |
| 54:19-62:22 | Lack of foundation |
| 63:25-66:7 | Lack of foundation |
| 70:16-72:20 | Lack of foundation |
| 75:1-76:19 | Lack of foundation |
| 77:8-84:1 | Lack of foundation |
| 85:20-86:25 | Lack of foundation |
| 92:8-93:17 | Lack of foundation |
| 94:20-97:16 | Lack of foundation |
| 98:17-99:5 | Attorney-client privilege |
| 102:2-114:25 | Lack of foundation |
| 115:2-115:13 | Legal conclusion |
| 115:19-116:7 | Lack of foundation |
| 120:20-121:8 | Lack of foundation |
| 121:10-123:4 | Lack of foundation |
| 123:12-125:5 | Lack of foundation |
| 125:10-126:18 | Lack of foundation |
| 127:3-127:16 | Lack of foundation |
| 127:18-129:15 | Lack of foundation |
| 132:7-132:20 | Lack of foundation |
| 138:23-140:19 | Lack of foundation |
| 140:20-141:14 | Assumes fact not in evidence |
| 143:14-143:25 | Mischaracterizes testimony |
| 144:2-144:21 | Lack of foundation |
| 147:1-152:19 | Lack of foundation |
| 154:16-155:8 | Assumes fact not in evidence |

**Curtis et al. v. Alcoa**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  Nicolaas Storm (6/17/2008)**

| Page/Line | Objection |
|-----------|-----------|
| 24:19-24:24 | Counter-designation |

**<u>Curtis et al. v. Alcoa</u>**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  <u>Nicolaas Storm (5/19/2009)</u>**

| Page/Line | Objection |
|---|---|
| 7:5-8:25 | Counter-designation |
| 9:10-10:24 | Counter-designation |
| 11:21-16:8 | Counter-designation |
| 20:15-20:25 | Counter-designation |
| 21:20-24:9 | Counter-designation |

**<u>Curtis et al. v. Alcoa</u>**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  <u>Stephen Weidman</u>**

| Page/Line | Objection |
|---|---|
| 48:1-49:7 | Lack of foundation |
| 53:20-54:2 | Lack of foundation |

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  William David Willett**

| Page/Line | Objection |
|---|---|
| 30:21-32:10 | Witness asked to read inadmissible document (Dep. Ex. 50) |
| 32:11-36:1 | Hearsay; mischaracterizes the document; lack of foundation |
| 36:17-37:6 | Hearsay |
| 41:17-43:5 | Asking witness to read inadmissible document (Dep. Ex. 51) |
| 43:6-44:10 | Lack of foundation; hearsay |
| 44:11-44:21 | Lack of foundation |
| 45:6-45:17 | Witness asked to testify about inadmissible document (Dep. Ex. 51) |
| 54:15-62:5 | Legal conclusion; lack of foundation |
| 67:22-68:10 | Hearsay |
| 72:15-73:5 | Lack of foundation |
| 74:5-78:12 | Lack of foundation; legal conclusion |
| 78:13-78:18 | Lack of foundation; legal conclusion |
| 82:2-84:22 | Asking witness to read from inadmissible document (Dep. Ex. 52) |
| 85:15-85:21 | Lack of foundation |
| 88:1-88:3 | Leading |
| 93:22-94:7 | Hearsay; lack of foundation |
| 94:14-94:20 | Lack of foundation |
| 94:21-95:6 | Hearsay |
| 95:13-96:4 | Hearsay |
| 98:12-98:18 | Asking witness to testify about inadmissible document (Dep. Ex. 54) |
| 99:24-101:1 | Asking witness to testify about inadmissible document (Dep. Ex. 54) |
| 117:10-118:8 | Asking witness to testify about inadmissible documents (Dep. Exs. 55 and 56) |
| 173:12-174:7 | Lack of foundation; hearsay |
| 175:19-176:3 | Lack of foundation |
| 176:4-177:1 | Leading |
| 177:17-178:3 | Lack of foundation |
| 179:10-179:17 | Legal conclusion; assumes fact not in evidence |

**<u>Curtis et al. v. Alcoa</u>**

**Alcoa's Objections to Plaintiffs' Deposition Designations**

**Witness:  <u>Gerald Wolfe</u>**

| Page/Line | Objection |
|---|---|
| 65:4-65:24 | Lack of foundation |

# Curtis et al. v. Alcoa

## Alcoa's Objections to Plaintiffs' Deposition Designations

## Witness: Eugene Woloshyn

| Page/Line | Objection |
|---|---|
| 23:11-25:21 | Lack of foundation |
| 29:18-30:6 | Lack of foundation |
| 41:1-41:18 | Lack of foundation |
| 47:2-47:13 | Lack of foundation |
| 96:19-97:6 | Mischaracterizes the record |
| 120:14-120:23 | Lack of foundation |
| 125:21-127:4 | Lack of foundation |