# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 3:06cv448 |
| ) | |
| ALCOA INC., Individually and as ) | |
| Fiduciary of the Employees' Group ) | |
| Benefits Plan of Alcoa Inc., Plan II, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT ALCOA INC.'S MOTION TO EXCLUDE TESTIMONY OF WHAT INDIVIDUAL PLAINTIFFS WERE TOLD ABOUT THEIR RETIREMENT BENEFITS

Defendant Alcoa Inc., by counsel, respectfully moves this Court for an order excluding testimony of what individual plaintiffs were allegedly told about their retirement benefits, and granting such further relief as the Court deems just and proper. In support of its Motion, Defendant relies on its Memorandum of Law in Support of Its Motion to Exclude Testimony of What Individual Plaintiffs Were Told About Their Retirement Benefits, the declaration of Benjamin Gruenstein, Esq. and the exhibits attached thereto.

August 7, 2009

Respectfully Submitted,

ALCOA INC.

By: _____
     Counsel

\*Evan R. Chesler (N.Y. Bar No. 1475722)
\*Daniel Slifkin (N.Y. Bar No. 2439768)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212.474.1000 (telephone)
212.474.3700 (facsimile)
echesler@cravath.com / dslifkin@cravath.com

John A. Lucas (Tenn. Bar No. 011198)
MERCHANT & GOULD, P.C.
110 McGhee Tyson Boulevard, Suite 203
Alcoa, Tennessee 37701
865.380.5978 (telephone)
865.380.5999 (facsimile)
jlucas@merchantgould.com

*James P. Naughton (Va. Bar No. 25923)
HUNTON & WILLIAMS LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510
757.640.5300 (telephone)
757.625.7720 (facsimile)
jnaughton@hunton.com

(*Admitted pro hac vice)

Counsel for Defendant Alcoa Inc.

To:
Gregory F. Coleman
Coleman & Edwards
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
865.257.0080 (telephone)
865.247.0081 (facsimile)
gcoleman@colemanedwardspc.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No: 3:06cv448 |
| | ) |
| ALCOA INC., Individually and as | ) |
| Fiduciary of the Employees' Group | ) |
| Benefits Plan of Alcoa Inc., Plan II, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT ALCOA INC.'S MOTION TO EXCLUDE TESTIMONY OF WHAT INDIVIDUAL PLAINTIFFS WERE TOLD ABOUT THEIR RETIREMENT BENEFITS**

This matter having come before the Court on Defendant Alcoa Inc.'s Motion to Exclude Testimony of What Individual Plaintiffs Were Told About Their Retirement Benefits, and the Court, having reviewed the papers filed in support of this motion, and for good cause shown;

IT IS, on this ___ day of August, 2009,

ORDERED that Defendant's Motion to Exclude Testimony of What Individual Plaintiffs Were Told About Their Retirement Benefits is granted.

_____
Thomas W. Phillips
United States District Judge