UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 3:06cv448 |
| ) | |
| ALCOA INC., Individually and as ) | |
| Fiduciary of the Employees' Group ) | |
| Benefits Plan of Alcoa Inc., Plan II, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ALCOA INC.'S SUPPLEMENTED AND AMENDED LIST OF TRIAL EXHIBITS**

Pursuant to Paragraph 6(f) of the Revised Scheduling Order, (12/10/07 Order at 7 (Dkt. No. 175)), Defendant Alcoa Inc. ("Alcoa") respectfully submits its supplemented and amended list of trial exhibits that may be offered during Alcoa's case-in-chief.

In addition to the documents listed below, Alcoa reserves the right to introduce any or all exhibits identified by Plaintiffs. Alcoa also reserves the right to object to the introduction of any exhibit, including those listed below, for any purpose. Alcoa also reserves the right to introduce additional exhibits for purposes of impeachment, cross-examination or rebuttal.

Certain documents produced by third parties did not contain Bates numbers. For the convenience of the Court and the parties, Alcoa has placed Bates numbers on the documents from third-party productions that it intends to introduce as exhibits. On August 7, 2009, Alcoa sent Plaintiffs a copy of those intended exhibits, as well as those exhibits that were not contained in any production.

For the convenience of the parties and the Court, the trial exhibits generally have been ordered chronologically and grouped by time period, with the exception of union contracts and related documents, which are listed first. To maintain an orderly system of grouping exhibits, there are occasional gaps between exhibit numbers.

Alcoa reserves the right to supplement or amend its list of trial exhibits in response to any future ruling by the court or should the need otherwise arise.

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX1 | ALC_CUR_00000001 | ALC_CUR_00000107 | May 31, 1993 Collective Bargaining Agreement ("CBA") between Alcoa Inc. ("Alcoa") and International Union, United Steelworkers of America ("USW") |
| DX2 | ALC_CUR_00039451 | ALC_CUR_00039523 | June 1, 1993 CBA between Alcoa and Aluminum, Brick & Glass Workers International Union ("ABG") |
| DX3 | ALC_CUR_00002214 | ALC_CUR_00002264 | June 1, 1993 CBA between Reynolds Metals Company ("RMC") and ABG |
| DX4 | ALC_CUR_00001703 | ALC_CUR_00001749 | June 1, 1993 Agreement between RMC and USW |
| DX5 | P00000370 | P00000370 | May 31, 1993 Proposed Letter of Agreement |
| DX6 | USW042848 | USW042848 | June 1, 1993 Proposed Letter of Agreement |
| DX7 | USW007747 | USW007747 | June 1, 1993 Proposed Letter of Agreement |
| DX8 | USW007748 | USW007748 | June 1, 1993 Proposed Letter of Agreement |
| DX9 | P00000148 | P00000148 | June 1, 1993 Letter from R. Porter to J. Kiker |
| DX10 | ALC_CUR_00019038 | ALC_CUR_00019038 | June 1, 1993 Letter from R. Newman to J. Murphy |
| DX11 | ALC_CUR_00090257 | ALC_CUR_00090257 | June 1, 1993 Letter from E. Smith to E. LaBaff |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX12 | ALC_CUR_00019030 | ALC_CUR_00019030 | June 1, 1993 Letter from R. Newman to J. Golden |
| DX13 | ALC_CUR_00041643 | ALC_CUR_00041750 | May 31, 1996 CBA between Alcoa and USW |
| DX14 | ALC_CUR_00040305 | ALC_CUR_00040374 | June 1, 1996 CBA between Alcoa and ABG |
| DX15 | ALC_CUR_00048940 | ALC_CUR_00049080 | June 1, 1996 CBA between RMC and USW |
| DX16 | ALC_CUR_00002265 | ALC_CUR_00002327 | June 1, 1996 CBA between RMC and ABG |
| DX17 | ALC_CUR_00020098 | ALC_CUR_00020098 | June 10, 1996 Letter from S. Weidman to J. Murphy |
| DX18 | ALC_CUR_00000428 | ALC_CUR_00000533 | May 31, 2001 CBA between Alcoa and USW |
| DX19 | ALC_CUR_00046913 | ALC_CUR_00047030 | May 31, 2006 CBA between Alcoa and USW |
| DX20 | ALC_CUR_00028280 | ALC_CUR_00028343 | Summary Plan Description ("SPD") pursuant to 1993 CBA between Alcoa and USW |
| DX21 | ALC_CUR_00006532 | ALC_CUR_00006595 | SPD pursuant to 1993 CBA between Alcoa and ABG |
| DX23 | USW013992 | USW014358 | July 1995 Total Compensation Binder |
| DX24 | ALC_CUR_00086301 | ALC_CUR_00086637 | August 1995 Total Compensation Binder |
| DX25 | ALC_CUR_00106400 | ALC_CUR_00106768 | August 1995 Total Compensation Binder |
| DX26 | ALC_CUR_00127403 | ALC_CUR_00127465 | August 16, 1995 SPD pursuant to 1993 Agreement between Alcoa and USW |
| DX27 | ALC_CUR_00021667 | ALC_CUR_00021730 | November 1995 SPD pursuant to 1993 Agreement between Alcoa and ABG |
| DX28 | ALC_CUR_00022593 | ALC_CUR_00022922 | November 1995 Total Compensation Binder |
| DX29 | ALC_CUR_00134788 | ALC_CUR_00135099 | November 1995 Total Compensation Binder |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX30 | ALC_CUR_00085614 | ALC_CUR_00085950 | November 1995 Total Compensation Binder |
| DX31 | ALC_CUR_00135100 | ALC_CUR_000135429 | November 1995 Total Compensation Binder |
| DX32 | ALC_CUR_00021915 | ALC_CUR_00022251 | November 1995 Benefits and Pay Handbook |
| DX33 | ALC_CUR_00001489 | ALC_CUR_00001521 | November 1995 Retiree Health Handbook |
| DX34 | ALC_CUR_00135445 | ALC_CUR_00135745 | November 1995 Total Compensation Binder |
| DX35 | ALC_CUR_00087165 | ALC_CUR_00087506 | November 1995 Total Compensation Binder |
| DX36 | ALC_CUR_00001168 | ALC_CUR_00001232 | December 1995 SPD pursuant to 1993 Agreement between ALCOA and ABG |
| DX38 | ALC_CUR_00043584 | ALC_CUR_00043884 | March 1996 Total Compensation Binder |
| DX39 | ALC_CUR_00136741 | ALC_CUR_00137045 | May 1996 Total Compensation Binder |
| DX40 | ALC_CUR_00001237 | ALC_CUR_00001269 | May 1996 Total Compensation Binder |
| DX41 | ALC_CUR_00006530 | ALC_CUR_00006531 | June 1996 Summary of Changes to Benefit Plans |
| DX42 | ALC_CUR_00000419 | ALC_CUR_00000420 | June 1, 1996 Health Care Booklet insert |
| DX44 | ALC_CUR_00098237 | ALC_CUR_00098238 | June 1996 Summary of changes to Benefit Plans |
| DX45 | ALC_CUR_00069999 | ALC_CUR_00070427 | June 1996 Total Comensation Binder |
| DX47 | ALC_CUR_00013801 | ALC_CUR_00014101 | July 1996 Total Compensation Binder |
| DX48 | ALC_CUR_00001022 | ALC_CUR_00001084 | SPD pursuant to 1996 CBA between Alcoa and ABG |
| DX49 | ALC_CUR_00028609 | ALC_CUR_00028679 | SPD pursuant to 1996 CBA between Alcoa and USW |
| DX50 | ALC_CUR_00097329 | ALC_CUR_00097622 | November 1996 Total Compensation |
| DX51 | ALC_CUR_00069264 | ALC_CUR_00069276 | Updates to 1996 SPD |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX52 | ALC_CUR_00022923 | ALC_CUR_00023250 | March 1997 Total Compensation Binder |
| DX53 | ALC_CUR_00000534 | ALC_CUR_00000637 | Retiree Benefits Handbook as of April 1, 1997 |
| DX54 | USW020149 | USW020149 | April 22, 1997 Insert to 1996 SPD |
| DX55 | ALC_CUR_00002640 | ALC_CUR_00002670 | April 1998 Retiree Health Handbook |
| DX56 | ALC_CUR_00070982 | ALC_CUR_00071329 | April 1998 Total Compensation Binder |
| DX58 | ALC_CUR_00023253 | ALC_CUR_00023592 | February 1999 Total Compensation Binder |
| DX59 | ALC_CUR_00001275 | ALC_CUR_00001309 | February 15, 2001 Retiree Health Handbook |
| DX60 | ALC_CUR_00002591 | ALC_CUR_00002625 | February 15, 2001 Retiree Health Handbook |
| DX61 | ALC_CUR_00045835 | ALC_CUR_00046204 | February 2001 Total Compensation Binder |
| DX62 | ALC_CUR_00135746 | ALC_CUR_00136020 | June 2001 Total Compensation Binder |
| DX63 | ALC_CUR_00042927 | ALC_CUR_00043255 | June 2001 Total Compensation Binder |
| DX64 | ALC_CUR_00000692 | ALC_CUR_00000751 | SPD pursuant to 2001 CBA |
| DX66 | ALC_CUR_00070474 | ALC_CUR_00070798 | April 2002 Total Compensation Binder |
| DX67 | ALC_CUR_00027327 | ALC_CUR_00027496 | February 2003 Total Compensation Binder |
| DX68 | ALC_CUR_00229087 | ALC_CUR_00229173 | SPD pursuant to 2006 CBA |
| DX69 | ALC_CUR_00101916 | ALC_CUR_00101978 | Total Compensation Binder |
| DX70 | ALC_CUR_00085951 | ALC_CUR_00086300 | April 1998 Total Compensation Binder |
| DX71 | ALC_CUR_00128450 | ALC_CUR_00128503 | 2001 Retiree Benefits Handbook |
| DX101 | ALC_CUR_00436972 | ALC_CUR_00436977 | February 22, 1990 Memorandum from J. Holz to Alcoa Other Post Employment Benefits ("OPEB") Steering Committee |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX102 | ALC_CUR_00058023 | ALC_CUR_00058033 | June 5, 1990 Memorandum from J. Michaud to P. O'Neill, et al. |
| DX103 | ALC_CUR_00088491 | ALC_CUR_00088491 | June 13, 1990 Letter from G. MacDonald to D. Morgantine |
| DX104 | ALC_CUR_00088121 | ALC_CUR_00088127 | June 15, 1990 Letter from E. Dover to G. MacDonald |
| DX105 | ALC_CUR_00058021 | ALC_CUR_00058021 | June 15, 1990 Memorandum from J. Michaud |
| DX106 | ALC_CUR_00093309 | ALC_CUR_00093311 | July-August 1990 Memorandums to G. MacDonald, et al. |
| DX107 | ALC_CUR_00088956 | ALC_CUR_00088956 | July 26, 1990 Letter from M. Gulotta to B. Peterson |
| DX108 | ALC_CUR_00088955 | ALC_CUR_00088955 | August 14, 1990 Letter from B. Peterson to J. Murphy and H. Martin |
| DX109 | USW025977 | USW025987 | October 4, 1990 Remarks by P. O'Neill |
| DX110 | ALC_CUR_00088417 | ALC_CUR_00088419 | November 30, 1990 discussion outline |
| DX111 | n/a | n/a | December 1990 FASB Statement |
| DX112 | ALC_CUR_00089710 | ALC_CUR_00089710 | January 23, 1991 Memorandum from G. MacDonald to A. Earehart, et al. |
| DX113 | ALC_CUR_00089711 | ALC_CUR_00089718 | Lehman Brothers FASB 106 presentation |
| DX114 | ALC_CUR_00087507 | ALC_CUR_00087577 | February 27, 1991 Reynolds Metals Company ("RMC") bargaining preparation |
| DX115 | ALC_CUR_00025307 | ALC_CUR_00025324 | March 13, 1991 Coopers & Lybrand Presentation to RMC |
| DX116 | P_ALC_CUR_00002940 | P_ALC_CUR_00002952 | April 11, 1991 RMC Postretirement Welfare Costs Interim Committee Report |
| DX117 | ALC_CUR_00089210 | ALC_CUR_00089238 | May 1, 1991 RMC Postretirement Health Benefits presentation |
| DX118 | ALC_CUR_00087094 | ALC_CUR_00087098 | Minutes of meeting between R. Holder and L. Williams |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX119 | ALC_CUR_00093297 | ALC_CUR_00093304 | June 17, 1991 Notes of meeting between ABG and Reynolds |
| DX120 | ALC_CUR_00089600 | ALC_CUR_00089619 | August 4, 1991 Letter from J. Quigley to A. Deutsch |
| DX121 | ALC_CUR_00438075 | ALC_CUR_00438091 | August 26, 1991 Memorandum from M. Gambill to L. Burke, et al. |
| DX122 | CSM_BUCK00004439 | CSM_BUCK00004453 | September 17, 1991 Memorandum from B. Daniels to L. Lacy, et al. |
| DX123 | ALC_CUR_00438003 | ALC_CUR_00438018 | September 19, 1991 Projected Retiree Medical Liability presentation |
| DX124 | ALC_CUR_00093366 | ALC_CUR_00093372 | September 27, 1991 Memorandum from R. Hoffman to P. O'Neill |
| DX125 | CSM_BUCK00003640 | CSM_BUCK00003642 | October 8, 1991 Letter from W. Daniels to M. Gambill |
| DX126 | ALC_CUR_00057858 | ALC_CUR_00057862 | October 23, 1991 Letter from W. Daniels to M. Gambill |
| DX127 | CSM_BUCK00003622 | CSM_BUCK00003627 | October 25, 1991 Letter from W. Daniels to M. Gambill |
| DX128 | CSM_BUCK00004424 | CSM_BUCK00004429 | October 30, 1991 Memorandum from M. Gambill to R. Hoffman |
| DX129 | ALC_CUR_00093364 | ALC_CUR_00093365 | November 1, 1991 Memorandum from R. Hoffman |
| DX130 | USW000952 | USW000972 | 1991 Alcoa Health Benefits Plans Presentation |
| DX131 | ALC_CUR_00057296 | ALC_CUR_00057297 | January 8, 1992 Letter from W. Daniels to M. Gambill |
| DX132 | ALC_CUR_00002930 | ALC_CUR_00002938 | January 16, 1992 Notes from meeting between Companies and Unions |
| DX133 | ALC_CUR_00054828 | ALC_CUR_00054832 | January 16, 1992 Notes from meeting between Companies and Unions |
| DX134 | ALC_CUR_00037076 | ALC_CUR_00037105 | February 7, 1992 Notes from a meeting |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX135 | ALC_CUR_00056032 | ALC_CUR_00056036 | February 11, 1992 response to union proposal |
| DX136 | ALC_CUR_00037114 | ALC_CUR_00037125 | February 18, 1992 Notes from meeting in Bal Harbour |
| DX137 | ALC_CUR_00166337 | ALC_CUR_00166338 | March 9, 1992 Memorandum from V. Gollihugh to M. Ambrose, et al. |
| DX138 | ALC_CUR_00060284 | ALC_CUR_00060295 | March 27, 1992 Memorandum from J. Michaud to K. Allen, et al. |
| DX139 | CSM_BUCK00003993 | CSM_BUCK00003995 | April 17, 1992 Letter from D. Lee to J. Michaud |
| DX140 | ALC_CUR_00049192 | ALC_CUR_00049218 | April 21, 1992 Business Unit President's Rountable agenda |
| DX141 | ALC_CUR_00054034 | ALC_CUR_00054034 | May 7, 1992 Letter from R. Porter and B. Peterson to G. Becker and J. Murphy |
| DX142 | CSM_BUCK00003955 | CSM_BUCK00003959 | May 11, 1992 Memorandum from W. Daniels |
| DX143 | CSM_BUCK00003953 | CSM_BUCK00003954 | May 12, 1992 Fax from J. Michaud to W. Daniels |
| DX144 | CSM_BUCK00003849 | CSM_BUCK00003895 | May 29, 1992 Memo from W. Daniels |
| DX145 | ALC_CUR_00141731 | ALC_CUR_00141782 | June 24-25, 1992 Notes from a meeting |
| DX146 | CSM_BUCK00004214 | CSM_BUCK00004229 | July 14, 1992 Presentation |
| DX147 | ALC_CUR_00050856 | ALC_CUR_00050857 | August 10, 1992 Notes from a meeting |
| DX148 | ALC_CUR_00015809 | ALC_CUR_00015810 | July 1992 Meeting minutes |
| DX149 | ALC_CUR_0006332 | ALC_CUR_0006333 | June 4, 1992 Letter from W. Hembree to G. McDonald and I. Warren |
| DX150 | ALC_CUR_00015627 | ALC_CUR_00015628 | June 1992 Meeting Notes |
| DX151 | ALC_CUR_00027996 | ALC_CUR_00028009 | August 13, 1992 Memorandum from P. O'Neill |
| DX152 | ALC_CUR_00185510 | ALC_CUR_00185519 | August 18, 1992 Memorandum from G. Bergeron to P. O'Neill |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX153 | ALC_CUR_00059282 | ALC_CUR_00059287 | August 19, 1992 Memorandum from R. Kocerha to P. O'Neill |
| DX154 | ALC_CUR_00192327 | ALC_CUR_00192329 | August 21, 1992 Memorandum from L. Burke |
| DX155 | ALC_CUR_00130827 | ALC_CUR_00130828 | August 25, 1992 Memorandum from A. Earehart to R. Holder |
| DX156 | ALC_CUR_00177067 | ALC_CUR_00177071 | August 26, 1992 Memorandum from J. Savage to R. Porter |
| DX157 | ALC_CUR_00078341 | ALC_CUR_00078342 | August 31, 1992 Memorandum from A. Roemhild to P. O'Neill |
| DX158 | P_ALC_CUR_00028365 | P_ALC_CUR_00028366 | September 10, 1992 Memorandum from J. Savage to J. Hommen |
| DX159 | ALC_CUR_00018012 | ALC_CUR_00018028 | September 14, 1992 Negotiation notes |
| DX160 | ALC_CUR_00014653 | ALC_CUR_00014677 | September 15, 1992 Fax from M. Gulotta to G. MacDonald |
| DX161 | ALC_CUR_00055212 | ALC_CUR_00055236 | September 16, 1992 top table meeting notes |
| DX162 | ALC_CUR_00130822 | ALC_CUR_00130825 | September 19, 1992 Memorandum from G. MacDonald |
| DX163 | ALC_CUR_00053836 | ALC_CUR_00053851 | September 30, 1992 Memorandum from P. O'Neill to D. Root |
| DX164 | P_ALC_CUR_00001359 | P_ALC_CUR_00001360 | 1992 Memorandum from J. Michaud to R. Porter |
| DX165 | ALC_CUR_00189533 | ALC_CUR_00189560 | October 16, 1992 Presentation by J. McGill |
| DX166 | CSM_BUCK00004023 | CSM_BUCK00004031 | December 17, 1992 Letter from W. Daniels to J. Michaud |
| DX167 | ALC_CUR_00438932 | ALC_CUR_00438948 | December 31, 1992 Actuarial Valuation |
| DX168 | ALC_CUR_00448397 | ALC_CUR_00448412 | December 31, 1992 Actuarial Valuation |
| DX169 | P_ALC_CUR_00029252 | P_ALC_CUR_00029259 | February 2, 1993 Memorandum from M. Sutton to J. Michaud, et al. |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX170 | ALC_CUR_00002940 | ALC_CUR_00002962 | February 1993 Notes |
| DX171 | ALC_CUR_00055203 | ALC_CUR_00055211 | March 1, 1993 Notes from a meeting |
| DX172 | ALC_CUR_00037004 | ALC_CUR_00037017 | April 2, 1993 Notes from a meeting |
| DX173 | ALC_CUR_00079261 | ALC_CUR_00079264 | April 20, 1993 Memorandum from J. Michaud and M. Sutton |
| DX174 | ALC_CUR_00003047 | ALC_CUR_00003127 | May 1993 Negotiation notes |
| DX175 | ALC_CUR_00028710 | ALC_CUR_00028715 | May 25, 1993 Notes from a meeting |
| DX176 | ALC_CUR_00127864 | ALC_CUR_00127865 | Key Points of May 28, 1993 Proposal |
| DX177 | USW019055 | USW019104 | 1993 Memorandum of settlement of CBA between Alcoa and USW |
| DX178 | ALC_CUR_00090197 | ALC_CUR_00090242 | 1993 Memorandum of settlement of CBA between Alcoa and ABG |
| DX179 | USW007840 | USW007840 | June 3, 1993 Letter from J. Michaud to P. Seehafer |
| DX180 | ALC_CUR_00133246 | ALC_CUR_00133249 | June 7, 1993 Memorandum from R. Peterson and J. Michaud |
| DX181 | ALC_CUR_00003282 | ALC_CUR_00003322 | June 1993 Presentation script |
| DX182 | ALC_CUR_00003259 | ALC_CUR_00003279 | 1993 Presentation and notes |
| DX183 | ALC_CUR_00448070 | ALC_CUR_00448074 | June 16, 1993 Letter from D. Lee to V. Gollihugh |
| DX184 | ALC_CUR_00130277 | ALC_CUR_00130277 | June 16, 1993 Letter from J. McGill to I. Warren |
| DX201 | ALC_CUR_00049454 | ALC_CUR_00049455 | July 2, 1993 Letter from J. Michaud to J. Murphy |
| DX202 | ALC_CUR_00189385 | ALC_CUR_00189396 | July 16, 1993 Memorandum from R. Hoffman to P. O'Neill, et al. |
| DX203 | ALC_CUR_00446525 | ALC_CUR_00446540 | December 31, 1993 Actuarial Valuation |
| DX204 | ALC_CUR_00138766 | ALC_CUR_00138783 | January 20, 1995 Memorandum from K.S. Oxley to G. Woloshyn with accompanying benefits materials |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX205 | CSM_BUCK00003215 | CSM_BUCK00003219 | February 2, 1995 Letter from D. Lee to L. Nicholson |
| DX206 | CSM_BUCK00003235 | CSM_BUCK00003242 | March 24, 1995 Letter from D. Lee to L. Nicholson |
| DX207 | ALC_CUR_00034755 | ALC_CUR_00034759 | April 5, 1995 Minutes of a Meeting |
| DX208 | ALC_CUR_00052917 | ALC_CUR_00053046 | May 9-10, 1995 Industiral Relations Council meeting materials |
| DX209 | ALC_CUR_00031234 | ALC_CUR_00031235 | June 1, 1995 Notes from a meeting |
| DX210 | ALC_CUR_00031245 | ALC_CUR_00031248 | July 6, 1995 Notes from a meeting |
| DX211 | ALC_CUR_00051421 | ALC_CUR_00051423 | July 6, 1995 Notes from a meeting |
| DX212 | ALC_CUR_00177943 | ALC_CUR_00177945 | July 19, 1995 Conference call notes |
| DX213 | ALC_CUR_00092760 | ALC_CUR_00092762 | July 20, 1995 Memorandum from L. Nicholson |
| DX214 | ALC_CUR_00034218 | ALC_CUR_00034222 | October 11, 1995 Notes from a meeting |
| DX215 | ALC_CUR_00034277 | ALC_CUR_00034282 | November 4, 1995 Notes from a meeting |
| DX216 | ALC_CUR_00449162 | ALC_CUR_00449180 | December 31, 1995 Actuarial Valuation |
| DX217 | ALC_CUR_00028111 | ALC_CUR_00028115 | 1996 Industrial Relations Council materials |
| DX218 | ALC_CUR_00062656 | ALC_CUR_00062702 | 1996 Memorandum of Settlement |
| DX219 | ALC_CUR_00077156 | ALC_CUR_00077252 | 1996 Negotiation preparation materials |
| DX220 | USW044439 | USW044441 | March 18, 1996 Letter from T. Matocha |
| DX221 | ALC_CUR_00059336 | ALC_CUR_00059377 | 1996 Negotiation notes |
| DX222 | ALC_CUR_00033077 | ALC_CUR_00033084 | May 20, 1996 remarks by G. Bergeron |
| DX223 | ALC_CUR_00002923 | ALC_CUR_00002926 | May 20, 1996 Negotiation notes |
| DX224 | ALC_CUR_00081495 | ALC_CUR_00081496 | May 20, 1996 Negotiation notes |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX225 | ALC_CUR_DR_00000016 | ALC_CUR_DR_00000019 | May 20, 1996 Negotiation notes |
| DX226 | ALC_CUR_00029143 | ALC_CUR_00029152 | May 1996 Negotiation notes |
| DX227 | 000372 | 000373 | May 25, 1996 Union Proposals |
| DX228 | ALC_CUR_00065600 | ALC_CUR_00065601 | May 29, 1996 Notes from a meeting |
| DX229 | ALC_CUR_00064240 | ALC_CUR_00064250 | Presentation of May 31, 1996 Tentative Agreement |
| DX230 | 000380 | 000383 | June 10, 1996 Letter from P. Seehafer to D. Davis, et al. |
| DX231 | CSM_BUCK00002488 | CSM_BUCK00002491 | June 10, 1996 Letter from D. Lee to L. Nicholson |
| DX232 | ALC_CUR_00260987 | ALC_CUR_00260988 | December 28, 1996 Email from J. Michaud to K. Oxley |
| DX233 | ALC_CUR_00447589 | ALC_CUR_00447607 | December 31, 1996 Actuarial Valuation |
| DX234 | ALC_CUR_00092763 | ALC_CUR_00092763 | July 20, 1995 Email from R. Hoffman to D. Root |
| DX235 | ALC_CUR_00033599 | ALC_CUR_00033640 | May 1996 Negotiation notes |
| DX251 | ALC_CUR_00081757 | ALC_CUR_00081757 | April 22-23, 1997 Insurance Meeting agenda |
| DX252 | ALC_CUR_00447482 | ALC_CUR_00447500 | January 1, 1998 Actuarial Valuation |
| DX253 | ALC_CUR_00389478 | ALC_CUR_00389484 | December 14, 1999 Email from J. Farrell to G. Bergeron, et al. |
| DX254 | ALC_CUR_00439816 | ALC_CUR_00439834 | January 1, 2000 Alcoa Actuarial Valuation |
| DX255 | ALC_CUR_00204101 | ALC_CUR_00204134 | March 23, 2000 Email from R. Kleen to J. Collins, et al. |
| DX256 | ALC_CUR_00177862 | ALC_CUR_00177870 | April 11, 2000 Memorandum from J. Qauglia to W. Christopher, et al. |
| DX257 | ALC_CUR_00439627 | ALC_CUR_00439662 | December 31, 2000 RMC Actuarial Valuation Report |
| DX258 | ALC_CUR_00439992 | ALC_CUR_00440013 | January 1, 2001 Alcoa Actuarial Valuation |
| DX259 | ALC_CUR_00440036 | ALC_CUR_00440052 | January 1, 2001 RMC Actuarial Valuation |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX260 | CSM_BUCK00001094 | CSM_BUCK00001094 | March 5, 2001 Email from D. Lee to L. McCullough and J. Quaglia |
| DX261 | ALC_CUR_00297592 | ALC_CUR_00297651 | March 6, 2001 Email from L. McCullough to J. Quaglia |
| DX262 | ALC_CUR_00032741 | ALC_CUR_00032755 | April 2, 2001 Letter from R. Davis to G. Woloshyn |
| DX263A | CSM_BUCK00002027 | CSM_BUCK00002028 | April 18, 2001 Letter from D. Lee to L. McCullough |
| DX263B | CSM_BUCK00001897 | CSM_BUCK00001899 | Attachment to April 18, 2001 Letter from D. Lee to L. McCullough |
| DX264 | ALC_CUR_00203613 | ALC_CUR_00203669 | May 7, 2001 Email from D. Lee to L. McCullough |
| DX265 | ALC_CUR_00254065 | ALC_CUR_00254100 | May 2001 Negotiation notes |
| DX266 | USW009005 | USW009007 | May 21, 2001 USW Insurance Proposals to Alcoa |
| DX267 | USW_000465 | USW_000468 | May 22, 2001 USW Master Agreement Insurance Proposals to ALCOA |
| DX268 | ALC_CUR_00203509 | ALC_CUR_00203510 | May 25, 2001 Email from D. Lee to L. McCullough and M. Lammel |
| DX269 | ALC_CUR_00203511 | ALC_CUR_00203520 | Attachment to May 25, 2001 Email from D. Lee to L. McCullough and M. Lammel |
| DX270 | USW009040 | USW009044 | May 29, 2001 Response to Union Proposals |
| DX271 | ALC_CUR_00054265 | ALC_CUR_00054287 | May 2001 Negotiation documents |
| DX272 | ALC_CUR_00065489 | ALC_CUR_00065504 | May 31, 2001 Presentation |
| DX273 | USW009008 | USW009023 | June 1, 2001 Presentation |
| DX274 | USW000162 | USW000162 | June 1, 2001 USW working document |
| DX275 | USW008994 | USW009003 | September 25, 2001 Alcoa Proposals |
| DX276 | ALC_CUR_00153601 | ALC_CUR_00153602 | September 27, 2001 Alcoa Proposals |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX277 | ALC_CUR_00032547 | ALC_CUR_00032550 | September 2001 Contract Negotiations Open Issues |
| DX301 | USW003583 | USW003584 | Highlights of October 12, 2001 Contract Settlement |
| DX302 | 00435 | 00435 | 2001 Letter from K. Oxley to D. Henry |
| DX303 | ALC_CUR_00439395 | ALC_CUR_00439417 | January 1, 2002 Alcoa Actuarial Valuation |
| DX304 | ALC_CUR_00439444 | ALC_CUR_00439466 | January 1, 2002 RMC Actuarial Valuation |
| DX305 | ALC_CUR_00344715 | ALC_CUR_00344770 | May 13, 2002 Email from T. Mordowanec to P. Jarrell and J. Quaglia |
| DX306 | ALC_CUR_00353476 | ALC_CUR_00353477 | July 17, 2002 Email from J. Quaglia to R. Hagen, et al. |
| DX307 | ALC_CUR_00197895 | ALC_CUR_00197937 | December 6, 2002 Email from M. Jones to A. Schaeffer and L. McCullough |
| DX308 | ALC_CUR_00294037 | ALC_CUR_00294061 | December 13, 2002 Email from T. Mordowanec to J. Quaglia, et al. |
| DX309 | ALC_CUR_00440236 | ALC_CUR_00440258 | January 1, 2003 Alcoa Actuarial Valuation |
| DX310 | ALC_CUR_00440287 | ALC_CUR_00440313 | January 1, 2003 RMC Actuarial Valuation |
| DX311 | ALC_CUR_00288012 | ALC_CUR_00288012 | July 23, 2003 Email from J. Quaglia to A. Isaac, et al. |
| DX312 | ALC_CUR_00264968 | ALC_CUR_00264990 | Attachment to July 23, 2003 Email from J. Quaglia to A. Isaac, et al. |
| DX313 | ALC_CUR_00339676 | ALC_CUR_00339677 | August 1, 2003 Email from J. Quaglia to P. Jarrell, et al. |
| DX314 | ALC_CUR_00326233 | ALC_CUR_00326234 | October 21, 2003 Email from P. Thomas to L. McCullough |
| DX315 | ALC_CUR_00203324 | ALC_CUR_00203327 | December 9, 2003 Email from L. McCullough to P. Thomas and J. Quaglia |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX316 | ALC_CUR_00203275 | ALC_CUR_00203323 | 2004 Benefit Summary Presentation |
| DX317 | ALC_CUR_00020471 | ALC_CUR_00020486 | January 1, 2004 Alcoa Actuarial Valuation |
| DX318 | ALC_CUR_00020487 | ALC_CUR_00020505 | January 1, 2004 RMCActuarial Valuation |
| DX319 | ALC_CUR_00263621 | ALC_CUR_00263722 | January 13, 2004 Email from J. Quaglia to B. Keith, et al. |
| DX320 | ALC_CUR_00009978 | ALC_CUR_00009978 | October 1, 2004 Letter from A. Palm to J. Quaglia |
| DX321 | ALC_CUR_00448500 | ALC_CUR_00448515 | December 31, 2004 Actuarial Valuation |
| DX322 | ALC_CUR_00409411 | ALC_CUR_00409434 | January 1, 2005 Alcoa Actuarial Valuation |
| DX323 | ALC_CUR_00026464 | ALC_CUR_00026485 | January 1, 2005 RMC Actuarial Valuation |
| DX324 | ALC_CUR_00452201 | ALC_CUR_00452203 | January 6, 2005 Email from D. Lee to K. Kohan |
| DX325 | ALC_CUR_00131770 | ALC_CUR_00131770 | January 31, 2005 Notes from a meeting |
| DX326 | PWC 02226 | PWC 02240 | February 14, 2005 Audit Workpapers of PricewaterhouseCoopers LLP |
| DX328 | ALC_CUR_00064729 | ALC_CUR_00064785 | April 8, 2005 Negotiation update presentation |
| DX329 | 000046 | 000048 | June 1, 2005 Presentation by P. Thomas |
| DX330 | ALC_CUR_00062838 | ALC_CUR_00062853 | August 2005 Meeting notes |
| DX331 | ALC_CUR_00003245 | ALC_CUR_00003245 | August 28, 2005 Negotiations update |
| DX332 | 000040 | 000042 | September 4, 2005 Bargaining Report |
| DX333 | ALC_CUR_00471570 | ALC_CUR_00471570 | September 12, 2005 Email from J. Quaglia to M. Bowen, et al. |
| DX334 | E-USW017151 | E-USW017152 | September 12, 2005 Email from J. Robinson to T. Bonds |
| DX335 | ALC_CUR_00288126 | ALC_CUR_00288127 | September 12, 2005 Email from J. Quaglia to M. Bowen, et al. |

15

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX336 | ALC_CUR_00020879 | ALC_CUR_00020880 | September 15, 2005 Letter from G. Cromer and R. Wetherbee |
| DX337 | ALC_CUR_00478373 | ALC_CUR_00478397 | January 1, 2006 Alcoa Actuarial Valuation |
| DX338 | ALC_CUR_00478398 | ALC_CUR_00478426 | January 1, 2006 RMC Actuarial Valuation |
| DX339 | ALC_CUR_00131788 | ALC_CUR_00131792 | February 21, 2006 Email from K. Kohan to L. McCullough |
| DX340 | ALC_CUR_00410133 | ALC_CUR_00410167 | February 22, 2006 Email from L. McCullough to G. Wolfe |
| DX341 | ALC_CUR_00451809 | ALC_CUR_00451814 | April 17, 2006 Email from D. Lee to L. McCullough |
| DX342 | n/a | n/a | April 20, 2006 Email from P. Boutin to S. Kovaloski |
| DX343 | ALC_CUR_00347841 | ALC_CUR_00347845 | May 25, 2006 Email from L. McCullough to C. McLane |
| DX344 | ALC_CUR_00347875 | ALC_CUR_00347877 | May 26, 2006 Email from L. McCullough to J. Muscari |
| DX345 | ALC_CUR_00066412 | ALC_CUR_00066412 | May 29, 2006 Hewitt Projected Health Care Cost Caps |
| DX346 | USW_001802 | USW_001839 | Summary of June 2006 Tentative Agreement |
| DX347 | ALC_CUR_00112054 | ALC_CUR_00112059 | June 1, 2006 Leter from J. Quaglia to J. Robinson |
| DX348 | ALC_CUR_00322231 | ALC_CUR_00322232 | June 8, 2006 Email from T. Mordowanec to C. Burnell |
| DX349 | ALC_CUR_00206975 | ALC_CUR_00207014 | January 21, 2005 Negotiation update presentation |
| DX350 | ALC_CUR_00060879 | ALC_CUR_00060879 | May 24, 2005 Negotiations update |
| DX351 | ALC_CUR_00024634 | ALC_CUR_00024650 | July 24, 2006 Letter from USW |
| DX352 | PWC 00207 | PWC 00277 | December 31, 2006 Audit Workpapers of PricewaterhouseCoopers LLP |
| DX353 | ALC_CUR00478236 | ALC_CUR00478259.006 | January 1, 2007 Alcoa Actuarial Valuation |
| DX354 | ALC_CUR_00478260 | ALC_CUR_00478291 | January 1, 2007 RMC Actuarial Valuation |

| Exhibit No. | Bates Begin | Bates End | Description |
|---|---|---|---|
| DX355 | PWC 01207 | PWC 01215 | January 7, 2007 Audit Workpapers of PricewaterhouseCoopers LLP |
| DX356 | PWC 01860 | PWC 01874 | January 26, 2007 Audit Workpapers of PricewaterhouseCoopers LLP |
| DX357 | PWC 01846 | PWC 01850 | February 16, 2007 Audit Workpapers of PricewaterhouseCoopers LLP |
| DX358 | n/a | n/a | May 29, 2007 Declaration of Russell Porter |
| DX359 | n/a | n/a | June 2, 2008 Expert Report of David Hilko |
| DX360 | n/a | n/a | September 11, 2008 Declaration of Nicolaas Storm |
| DX361 | ALC_CUR_00496123 | ALC_CUR_00496123 | Non-Interest Bearing Record Keeping Account |
| DX362 | ALC_CUR_00496124 | ALC_CUR_00496130 | July 11, 2008 Email from K. O'Brien to J. Robinson, et al. |
| DX363 | ALC_CUR_00496131 | ALC_CUR_00496132 | September 28, 2007 Email from K. O'Brien to J. Robinson |
| DX364 | ALC_CUR_00496133 | ALC_CUR_00496134 | August 1, 2007 Email from K. O'Brien to J. Robinson |
| DX365 | ALC_CUR_00496135 | ALC_CUR_00496142 | July 14, 2008 Email from K. O'Brien to C. Burnell and J. Robinson, et al. |
| DX366 | ALC_CUR_00496143 | ALC_CUR_00496143 | Non-Interest Bearing Record Keeping Account |

| | | | |
|---|---|---|---|
| DX367 | ALC_CUR_00496144 | ALC_CUR_00496151 | May 1, 2007 Email from K. O'Brien to J. Robinson, et al. |
| DX368 | ALC_CUR_00496152 | ALC_CUR_00496159 | April 30, 2008 Email from K. O'Brien to J. Robinson, et al. |
| DX369 | ALC_CUR_00478292 | ALC_CUR_00478331 | January 1, 2008 Alcoa Actuarial Valuation |
| DX370 | ALC_CUR_00478332 | ALC_CUR_00478372 | January 1, 2008 RMC Actuarial Valuation |

August 14, 2009

Respectfully Submitted,

**ALCOA INC.**

By:  ___/s/ Daniel Slifkin_____
         Counsel

*Evan R. Chesler (N.Y. Bar No. 1475722)
*Daniel Slifkin (N.Y. Bar No. 2439768)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212.474.1000 (telephone)
212.474.3700 (facsimile)
echesler@cravath.com /
dslifkin@cravath.com

John A. Lucas (Tenn. Bar No. 011198)
MERCHANT & GOULD, P.C.
110 McGhee Tyson Boulevard, Suite 203
Alcoa, Tennessee 37701
865.380.5978 (telephone)
865.380.5999 (facsimile)
jlucas@merchantgould.com

*James P. Naughton (Va. Bar No. 25923)
HUNTON & WILLIAMS LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510
757.640.5300 (telephone)
757.625.7720 (facsimile)
jnaughton@hunton.com

 (*Admitted pro hac vice)

Counsel for Defendant Alcoa Inc.

To:
Gregory F. Coleman
Coleman & Edwards
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
865.257.0080 (telephone)
865.247.0081 (facsimile)
gcoleman@colemanedwardspc.com

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parties may access this filing through the Court's electronic filing system.

                                          /s/ Daniel Slifkin
                                                 Counsel