UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 3:06-cv-448     **At** Knoxville, TN     **Date** August 12, 2009

**Style:** Charles Curtis     vs     Aloca Inc.

**PRESENT:**
**HONORABLE THOMAS W. PHILLIPS, United States District Judge**

Rachel L. Stone
**Deputy Clerk**

| ATTORNEY(S) PRESENT FOR PLTFS: | ATTORNEY(S) PRESENT FOR DEFTS: |
|---|---|
| Greg Coleman | John Lucas |
| Mona Wallace | Daniel Slifkin |
| Andrew Schwaba | Evan Chesler |
| Sarah Catapano-Friedman | |

**PROCEEDINGS:**
**STATUS CONFERENCE** – Counsel addresses bifurcating the trial in this matter. The court finds that the trial shall be bifurcated. The first phase of the trial will only pertain to evidence to determine whether or not vesting has occurred. Counsel addresses the pretrial motions previously filed with the court. Counsel will confer and contact the court at a later time if they wish to have a daubert and extrinsic evidence hearing.

Time **10:00** to **10:50**