UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES CURTIS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No: 3:06cv448 |
| | ) |
| ALCOA INC., Individually and as | ) |
| Fiduciary of the Employees' Group | ) |
| Benefits Plan of Alcoa Inc., Plan II, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ALCOA INC.'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST**

# OBJECTION KEY:
## INTENDED TRIAL EXHIBITS

| CODE | OBJECTION |
|---|---|
| 106 | PARTIAL DOCUMENT; LACKS CONTEXT: These objections specify the portion of the document that Alcoa requests be included under the rule of completeness. |
| 901 | FAILURE TO IDENTIFY DOCUMENT |
| BER | BEST EVIDENCE RULE |
| H | HEARSAY |
| HWBR | HEARSAY WITHIN A BUSINESS RECORD (OR DOCUMENT THAT PLAINTIFFS SEEK TO ADMIT UNDER ANOTHER EXCEPTION TO THE HEARSAY RULE): Documents marked with this objection contain hearsay statements within them. |
| LC | LEGAL CONCLUSION |
| LD | LENGTHY DOCUMENT: Plaintiffs have not designated limited, specific portions of this lengthy exhibit that they intend to rely upon at trial. Accordingly, while at this time Alcoa asserts certain objections to the exhibit, Alcoa also reserves the right to assert any applicable objections to specific parts of the exhibit, depending on the specific parts of the exhibit Plaintiffs seek to use at trial. |
| LF | LACKS FOUNDATION: This document includes statements about which the author or declarant lacks personal knowledge. |
| MD | MULTIPLE DOCUMENTS |
| MIL | MOTION IN LIMINE: This document is subject to a pending motion in limine filed by Alcoa, and is objected to on all the grounds enumerated in that motion. |
| R | LACKS RELEVANCE |

## Alcoa's Objections to Plaintiffs' Intended Trial Exhibits

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 11 | Handwritten notes - Review of Proposed Settlement | MIL, H, HWBR, LF |
| 12 | Handwritten notes Pittsburgh | MIL, H, HWBR, LF |
| 13 | Handwritten notes on Healthcare Meeting | MIL, H, HWBR, LF, BER (exhibit appears to be in reverse order of original) |
| 16 | Murphy's Notes for 2001 Negotiations | H, HWBR, LD, 106 (missing two pages) |
| 17 | Various revisions of Cap Letter | H, LD |
| 18 | Handwritten notes | MIL, H, HWBR |
| 22 | 1988 CBA USW - Alcoa, Badin, Bauxite, & TX excerpt | 106 (full document) |
| 24 | Declaration of Ernie LaBaff | H |
| 25 | Declaration of John Murphy | H |
| 26 | John Murphy's handwritten notes from 2001 | H, HWBR, BER (exhibit is inaccurate duplicate of the original) |
| 31 | Handwritten notes RMC Alcoa meeting | 106 (ALC_CUR_00031239-42) |
| 36 | Meeting Notes - Richmond | LD, MD |
| 38 | 1996 Negotiations | MD |
| 43 | Letter from Towers Perrin to McDonald | R |
| 44 | Letter from Towers Perrin to McDonald | R |
| 45 | Letter and Proposal from Coopers to McDonald re RMC Retirement | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 47 | Fax to McDonald from Gulotta re FS106 | MD |
| 48 | 93-96 USWA Master – unpublished letters | 106 (ALC_CUR_00047489-524) |
| 50 | Buck Consultants Medical Plans Review | R, HWBR |
| 52 | Gambill Memo re FASB | R, HWBR |
| 55 | IR Council meeting notes | LD |
| 59 | Pre-US Employee Relations Strategy Meeting (has a black front) Retirement Strategy Agenda FAS No. 106 Analysis | R, H, 106 (ALC_CUR_00078932-36) |
| 60 | Email from Lammel re US Retirement Strategy | R |
| 61 | US Retirement Strategy | R, H |
| 63 | 1994 Labor Contract Negotiations | R, HWBR |
| 65 | IR Council & Top Level Meeting | R |
| 66 | Email | LD, MD |
| 70 | Letters of Understanding | MD, R, 901 |
| 76 | "Negotiations Chronology" | 901, MD |
| 77 | "Memorandum of Settlement" | 106 (USW023422-30) |
| 78 | Alcoa USW CBA | R, 106 (full document) |
| 79 | Alcoa USW CBA excerpt | 106 (ALC_CUR_00000102) |
| 80 | Beasley's Handwritten notes | MIL, H, HWBR, LF, MD, BER (numerous pages are missing from the photocopied exhibit, one page appears to be cut off in the middle) |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 81 | Newsline 309 | H, R |
| 82 | Newspaper articles | H, R |
| 83 | Handwritten notes of meeting | MIL, H, HWBR, LF, MD |
| 84 | Benefits Sub Committee notes | MIL, H, HWBR, LF |
| 85 | Email - Meeting Material | H, LF |
| 86 | Letter to Richard Adams re Reynolds Retiree Medical Cap | H, R |
| 88 | Handwritten notes of August 27th Health Care Meeting | H, HWBR, LF |
| 89 | Email re Lammel stating that "Cap was for accounting purposes only" | H, LF |
| 90 | Email re Retiree Letter Draft for Review | R |
| 91 | Email re Cap not decipherable | R |
| 92 | Email re USW Master Settlement | R |
| 93 | Email re FASB Pension Accounting | R |
| 94 | Retiree Medical Meeting # 7 | R, HWBR |
| 95 | Oxley Memo re Health Care Committees | R |
| 96 | Email - Medicare 28% Subsidy | R, 106 (ALC_CUR_00273845-50) |
| 97 | Email - "Master Cap Issues" | H, R |
| 98 | 2006 Cap Pricing- Email | H, R |
| 99 | Email and attachments – "Relative Values and Proposed Plan Projections" | H, R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
| --- | --- | --- |
| 100 | "Bellwood Select Benefits" Email | R, 106 (ALC_CUR_00259431-46) |
| 101 | "Uncapped Medical Liability" Email | R, MD |
| 102 | Handwritten notes | R, LF |
| 103 | Buck letter re Retiree Medical Negotiation Alternative | MD |
| 104 | Gravest Darkest Hour | R |
| 105 | Email re Retiree Medical Update and Need for Decision | R |
| 106 | 2003 OPEB Annual Report Disclosure | R |
| 107 | Email re Master Agreement Hourly Bargained | H, R |
| 108 | Email re USWA Retiree Medical Caps | R, 106 (ALC_CUR_00253477) |
| 109 | Email re "Is my logic correct?" | R |
| 111 | Email re Retiree Rx and caps for closed locations | R |
| 112 | Email re Draft letter to retiree medical consultants | R |
| 114 | Email re Post 1993 Retiree Cap Model | R, 106 (ALC_CUR_00273588-610) |
| 115 | Email re USWA Negotiations | R, HWBR |
| 116 | Email re FW - Retiree Medical Caps | R, 106 (ALC_CUR_00205704) |
| 118 | Alcoa FlexChoice Benefits Proposal | MD |
| 122 | Handwritten notes - St. Louis | HWBR, 106 (ALC_CUR_00062850-53) |
| 124 | Retiree Medical Plan (price list) | R |

Page 4

Case 3:06-cv-00448-PLR-CCS   Document 457   Filed 08/31/09   Page 6 of 18   PageID #: 8832

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 125 | Forecast of 2007 FAS 106 Expense by Buck Consultants | R, 106 (ALC_CUR_00310947-48; ALC_CUR_00310953-55) |
| 129 | 2007 Enrollment package | 106 (missing every other page) |
| 130 | Declaration of Carol Story | H |
| 131 | Declaration of Harvey Martin | H |
| 132 | Expert Report of Ian H. Altman with list of documents reviewed and CV | Subject to 8/27/2008 Ruling of Mag. J. Shirley |
| 134 | Master Valuation spreadsheet | R, MD |
| 135 | Master CAP Setting Assumptions | R, 106 (missing every other page) |
| 136 | E-mail from Wolfe to Woodward | R |
| 137 | Document titled "Background Information" | 901 |
| 139 | E-mail. USWA Retiree Medical Strategy | R |
| 140 | Draft Copy of Press Release | R |
| 141 | E-Mail. FAS Plan Amendments | R |
| 142 | E-mail 2006 Retiree Underwriting for Union Negotiation (02162006) | R |
| 143 | E-Mail attaching Master Pre-Retirement 6 1993.xls; Master Post Retirement 6 1993.xls | R |
| 144 | E-mail Update Cap Projection | R |
| 145 | E-Mail USW Analysis - Post 1993 Retiree Per Capita Costs and Cap | R |
| 146 | E-Mail 2USW, 5 Alcoa Alternatives & 1 Company | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 147 | Alcoa Inc. January 1, 2007 Valuation Per Capita v. Cap Comparison | R |
| 148 | Headcounts | R |
| 149 | Headcounts | R |
| 150 | 2007 1 Report | R |
| 151 | Re: Retiree Medical Cap | R |
| 152 | Re: Alcoa - USWA Retiree Medical Caps | R |
| 153 | Email - Retiree Medical Cap Analysis from Duane Lee | R |
| 154 | Email - OPEB Negotiation material - Projected Census | R |
| 155 | "Cap recap to Duane Lee" | R |
| 156 | Email - Projected Census for Master Locations | R |
| 157 | Email- Uncapped Medical Liability | R |
| 158 | Response to Plaintiff Huffstetler to Defendant's Interrogatories | R, H |
| 159 | Response of Plaintiff Brenda Loveday to Defendant's Interrogatories | R, H |
| 160 | Total Compensation - Health Care Agreement - Summary Plan Description for active hourly employees pursuant to Agreement with USWA | R |
| 161 | Health Care Agreement (Summary Plan Description) | R |
| 162 | Your Retiree Benefits Handbook - Alcoa | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 164 | Declaration of Chester Gentry | R, H |
| 167 | E-mail from C. Burnell to T. Mordowanec, Proposal on Open Items | R |
| 171 | E-mail exchange from C. Burnell to P. Thomas, et. al., USW Summary of Proposed Agreement | R |
| 173 | Email exchange between Paul Boutin to Kathleen Kohan, cc Wolfe, McCullough, Kovaloski, Mon | R, H |
| 174 | Retiree Medical Cap 9.27.01 | H |
| 175 | Memorandum of Understanding between Alcoa and USWA Period of Agreement: 6/01/01 through 5/31/06 with Attachments A - V | LD, 106 (USW010463-512) |
| 176 | Chart - Projected Master Agreement on Caps | R |
| 177 | Retiree Medical Plan | R |
| 178 | Alcoa - Closed/Sold location "share" of $30 million | R |
| 179 | Chart - number of retirees | R |
| 180 | Email re 2006 Bargaining Retiree Medical Cap | R |
| 181 | Alcoa Memo from E.J. Edwards to B.U. Presidents, et. al. dated 10/20/92 re: Allocation of Retiree Medical and Life Expenses (actives are vested) - 184 pages | LD, MD |
| 182 | E-Mail Summary in Response to Cap email from yesterday | R, 106 (ALC_CUR_00205715-20) |
| 183 | E-Mail USWA Negotiations - Retiree Medical draft language - Confidential | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 184 | Email - OPEB Alternatives for Master Locations | R |
| 185 | Handwritten notes | 901, 106 (ALC_CUR_00035947-48; ALC_CUR_00035950-52) |
| 186 | Email exchange between Douglas Dean and Lauren McCullough | R |
| 187 | Variable Caps | 901, 106 (ALC_CUR_00078155-68; ALC_CUR_00078170-80) |
| 188 | Truth or Talk? The retiree medical cap: Is it really an "accounting scheme?" | R |
| 189 | Email from J. Quaglia (printed by Nicholaas Storm); subject WE ARE GOING HOME | R, 106 (ALC_CUR_00176974) |
| 190 | Email from Wendy J. Boehm to Thomas Thurman; subject ROCKDALE RETIREE MEDICAL | R |
| 192 | Form 10-K- Bellsouth Corporation | R |
| 193 | 1996 Reynolds Cap letter to LaBaff - Memorandum of Settlement | 106 (ALC_CUR_00120327-36) |
| 194 | 1993 Alcoa cap letter to LaBaff - Memorandum of Settlement | 106 (ALC_CUR_00125101-28) |
| 195 | 1988 CBA - Master Agreement between Reynolds Metals Company and United Steelworkers of America | R |
| 200 | Pleading No. 329 - Notice of Reliance USW | MIL |
| 201 | Pleading No. 334 - Notice of Reliance USW | MIL |
| 202 | Pleading No. 345 - Notice of Reliance USW | MIL |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 203 | Pleading No. 357 - Affidavit in response to Notice of Reliance | MIL |
| 204 | Pleading No. 358 - Affidavit in response to Notice of Reliance | MIL |
| 205 | Pleading No. 429 - Affidavit in response to Notice of Reliance | MIL |
| 206 | Pleading No. 398 - Affidavit in response to Notice of Reliance | MIL, BER (exhibit appears to be in reverse order of original) |
| 207 | Pleading No. 419 - Affidavit in response to Notice of Reliance | MIL |
| 208 | Pleading No. 420 - Affidavit in response to Notice of Reliance | MIL |
| 209 | Pleading No. 426 - Affidavit in response to Notice of Reliance | MIL |
| 213 | 2006 USW Collective Bargaining Department Doc. 37 | MD, LD, 901 |
| 214 | Declaration of Michael Yoffee (Pringle v. Continental, U.S. District Court No. 3:06-cv-02985-DAK) | H, R |
| 215 | Supplemental Expert Report of Ian H. Altman FSA | R, MIL |
| 216 | Case: *International Union UAW v. Aluminum Co. of America*, 932 F. Supp. 997 (N.D. Ohio 1996). | R |
| 217 | Case: *Noe v. Polyone Corp.*, 2008 SL 723769 (6th Cir. March 19, 2008). | R |
| 218 | Case: *International Union v. Yardman, Inc.*, 716 F.2d 1476 (6th Cir. 1983) | R |
| 219 | Case: *Yolton v. El Paso Tenn. Pipeline Co.*, 435 F.3d 571 (6th Cir. 2006). | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 220 | 1986 Collective Bargaining Agreements | R, 106 (full document) |
| 221 | 1988 Collective Bargaining Agreements (excerpt) | R |
| 222 | 1979 Alcoa Summary Plan Description | R |
| 223 | 1981 Alcoa Summary Plan Description | R |
| 224 | 1986 Summary Plan Descriptions for Active and Retired Employees | R |
| 225 | 1990 Reynolds Metals Company Summary Plan Description | R |
| 226 | 1986 Alcoa Collective Bargaining Agreement and Summary Plan Description Language Table | R, BER |
| 227 | 1998 Alcoa Collective Bargaining Agreement and Summary Plan Description Language Table | R, BER |
| 228 | 1988 Reynolds Metals Company Collective Bargaining Agreement and Summary Plan Description Language Table | R, BER |
| 229 | 1993 Alcoa Collective Bargaining Agreement and Summary Plan Description Language Table | BER |
| 230 | 1993 Reynolds Metals Company Collective Bargaining Agreement and Summary Plan Description Language Table | BER |
| 231 | 1996 Alcoa Collective Bargaining Agreement and Summary Plan Description Language Table | BER |
| 232 | 1996 Reynolds Metals Company Collective Bargaining Agreement and Summary Plan Description Language Table | BER |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 233 | 2001 Alcoa Collective Bargaining Agreement and Summary Plan Description Table | BER |
| 234 | USWA Master Agreement 2005 Labor Negotiations Covered Locations | R, 901 |
| 235 | Handwritten notes Health Care Table 8-27-05 2:00 p.m Plaza 2-3 | HWBR, LF |
| 236 | Amended Complaint for Violation of Labor Contracts - Pringle v. Continental, Case No. 3:06-cv-02985, U.S. District Court, Northern District of Ohio, Western Division | R |
| 237 | Second Amended Complaint - Todisco v. Verizon Communications, Case No. 01 - 12116MLW, U.S. District Court, District of Massachusetts | R |
| 238 | Complaint - Management Employees of AT&T v AT&T, Docket No. 98-3660, U.S. District Court for the District of New Jersey | R |
| 239 | Amended Class Action Complaint - Management Employees of AT&T v. AT&T, Docket No. 98-3660, U.S. District Court for the District of New Jersey | R |
| 240 | Third Amended Class Action Complaint - Management Employees of AT&T v. AT&T, Docket No. 98-3660, U.S. District Court for the District of New Jersey | R |
| 241 | Supplemental Fourth Amended Class Action Complaint - Management Employees of AT&T v. AT&T, Docket No. 98-3660, U.S. District of New Jersey | R |
| 242 | Master Agreement between Reynolds Metals Company and United Steelworkers of America | R |

Page 11

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 253 | Memorandum of Understanding (Alcoa and USWA) Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW010564-611) |
| 254 | Memorandum of Understanding (Alcoa and USWA) Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW010654-702) |
| 255 | Memorandum of Understanding (Alcoa and USWA) Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW010747-770) |
| 256 | Memorandum of Understanding Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW010826-874) |
| 257 | Memorandum of Understanding Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW010926-974 |
| 258 | Memorandum of Understanding Period of Agreement: 6/1/01 through 5/31/06 | 106 (USW011019-069) |
| 259 | USW Collective Bargaining Dept. Document 53 | 106 (USW011019-069) |
| 260 | 2001 Company Economic Proposal | R |
| 261 | Interest Arbitration Agreement | R |
| 263 | 2005 Company Final Economic Proposal | R |
| 264 | Interest Arbitration Agreement | R |
| 265 | Interest Arbitration Agreement | R |
| 266 | Implementation Procedure for Joint Contracting Out Process Guiding Principles | R |
| 268 | Letter from Eugene Woloshyn to Richard H. Davis, both confirmed by Richard Davis | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 269 | Reynolds Metals Company 1993 Troutdale Craft Negotiations Memorandum of Understanding | MD |
| 271 | Memorandum of Settlement | 106 (ALC_CUR_00027988-94) |
| 274 | Extension Agreement | R |
| 275 | Extension Agreement | R |
| 276 | Master Agreement Settlement | MD |
| 280 | Letter from Jack Golden to Robert Newman dated July 1, 1993; Letter from Jack Golden to Robert Newman dated June 22, 1993; Letter from Robert Newman to Jack Golden dated June 15, 1993 transmitting signature page; signature page | R |
| 284 | Late Filed Exhibit to Brenda Loveday's deposition | R, 901 |
| 285 | Consolidated Amended Complaint for Violations of the Employee Retirement Income Security Act; In Re: The Goodyear Tire & Rubber Company ERISA Litigation; U.S. District Court, Northern District of Ohio (Akron) Civil Docket No. 5:03-cv-02180 | R |
| 286 | Alcoa Total Compensation Retirement - Employees' Retirement Plan of Aluminum Company of America Plan II | MD |
| 287 | Agreement between Aluminum Company and International Union, United Steelworkers of America (1986 CBA) | R |
| 290 | 1997 Alcoa Form 5500 Schedule B | R |
| 291 | 1998 Alcoa Form 5500 Schedule B | R |

| Plaintiffs' Exhibit | Plaintiffs' Description | Objections |
|---|---|---|
| 292 | 1988 Collective Bargaining Agreement (1988 CBA) | R |
| 293 | Summary Table of Plan Documents | Plaintiffs have not provided. |
| 296 | New exhibit related to Hilko deposition Exhibit 547 | R |
| 297 | Declaration of Brenda Loveday | H, R |
| 298 | 1980 Pension Plan SPD | R |
| 299 | Letter from E.T. Woloshyn to Richard H. Davis with handwritten notes | H |
| 300 | Letter from Alcoa Benefits, North America HR to Employee | R |
| 301 | 2008 Welfare/Healthcare Benefits Alcoa SPD | R |
| 302 | Master Plan Prescription Drug Benefits | R |
| 303 | Alcoa Retirement Plan II Rule 11D-Form A | R |

August 31, 2009

Respectfully Submitted,

**ALCOA INC.**

By: _____
  Counsel

*Evan R. Chesler (N.Y. Bar No. 1475722)
*Daniel Slifkin (N.Y. Bar No. 2439768)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212.474.1000 (telephone)
212.474.3700 (facsimile)
echesler@cravath.com
dslifkin@cravath.com

John A. Lucas (Tenn. Bar No. 011198)
MERCHANT & GOULD, P.C.
110 McGhee Tyson Boulevard, Suite 203
Alcoa, Tennessee 37701
865.380.5978 (telephone)
865.380.5999 (facsimile)
jlucas@merchantgould.com

*James P. Naughton (Va. Bar No. 25923)
HUNTON & WILLIAMS LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510
757.640.5300 (telephone)
757.625.7720 (facsimile)
jnaughton@hunton.com

(*Admitted pro hac vice)

Counsel for Defendant Alcoa Inc.

To:
Gregory F. Coleman
Coleman & Edwards
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
865.257.0080 (telephone)
865.247.0081 (facsimile)
gcoleman@colemanedwardspc.com

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parties may access this filing through the Court's electronic filing system.

_____
Counsel